DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) Case No. 3:06-cv- |
| Plaintiff, | ) |
| v. | ) |
|  | ) **NOTICE OF REMOVAL** |
| TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I, | ) |
| Defendants. | ) |

The United States, by and through the United States Attorney's Office, gives notice to this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District. The notice is based on the following:

1.  Plaintiff has filed a Complaint against the Defendants in the Superior Court for the State of Alaska, Third Judicial District at Anchorage. A copy of the

Complaint and summons are attached as Exhibit A.  Plaintiff has alleged the tort claim of False Imprisonment against the following Defendants:  former U.S. Attorney Timothy M. Burgess[1], former First Assistant U.S. Attorney Deborah M. Smith[2], Assistant U.S. Attorney Steve Skrocki, and Federal Protective Services officers Tim Bleicher and John Doe I.  Plaintiff seeks damages for personal injury and past and future economic and non-economic damages.

    2.    Phyllis Pyles, Director, Torts Branch, Civil Division, United States Department of Justice, has certified pursuant to 28 U.S.C. § 2679(d)(2) that, with respect to the events and allegations in Plaintiff's Complaint,  Defendants Timothy M. Burgess, Deborah M. Smith, Steve Skrocki, Tim Bleicher, and John Doe I were acting within the scope of their respective employment as employees of the United States at the time of the conduct alleged in the Complaint.  The Certification is attached as Exhibit B and filed concurrently with this Notice of Removal.

    3.    This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442 and 28 U.S.C. § 2679(d)(2), which provides that, upon certification by the Attorney General that the defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil

---

[1] Currently U.S. District Court Judge Timothy M. Burgess.

[2] Currently Acting U.S. Attorney for the District of Alaska.

action or proceeding commenced upon such claim in a state court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

4. Pursuant to 28 U.S.C. § 2679(d)(2), no bond is required to be attached to this Notice of Removal.

5. A Notice of Filing Removal of a Civil Action together with a copy of this Notice are simultaneously being filed in the state court where the action is pending.

Respectfully submitted this 13th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2006,
a copy of the foregoing NOTICE OF REMOVAL
was sent to the following via U.S. Mail:

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503


s/ Gary M. Guarino