IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __ANCHORAGE__

MARK A. ROSENBAUM,                          )
                                            )
                                            )
                                            )
                                            )
                    Plaintiff(s),           )
vs.                                         )
TIMOTHY A. BURGESS, DEBORAH M.              )
SMITH, STEVE SKROCKI, TIM                   )
BLEICHER, AND JOHN DOE I,                   )   CASE NO. __3AN-06-7869 CI__
                                            )
                    Defendant(s).           )
                                            )   SUMMONS
                                            )   AND
                                            )   NOTICE TO BOTH PARTIES
                                            )   OF JUDICIAL ASSIGNMENT

To Defendant: __Deborah M. Smith__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at __825 W. 4th Avenue, Anchorage, AK 99501-2004__ within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __Samuel J. Fortier__ whose address is: __101 West Benson Blvd., #304, Anchorage, AK 99503__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge __McKay__.

(SEAL)                                      CLERK OF COURT

__5/11/06__                                 By: __A. Stanley__
   Date                                            Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)                        Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Exhibit A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, ) | |
| DEBORAH M. SMITH, STEVE ) | |
| SKROCKI, TIM BLEICHER, and ) | |
| JOHN DOE I, ) | |
| ) | |
| Defendants. ) | Case No. 3AN-06-7869 CI |

## COMPLAINT

COMES NOW, Mark A. Rosenbaum, by and through counsel, and for his complaint states and alleges as follows:

1. Mark A. Rosenbaum (hereinafter "PLAINTIFF") is a resident of the Municipality of Anchorage, State of Alaska.

2. On information and belief, Timothy M. Burgess, Deborah M. Smith, Steve Skrocki, Tim Bleicher, and John Doe I, are residents of the Municipality of Anchorage, State of Alaska.

3. The acts and conduct constituting the causes of action in this complaint occurred within the Municipality of Anchorage, State of Alaska, on or about May 12, 2004.

Exhibit A

## I. FACTS COMMON TO ALL COUNTS

4.  On or about May 12, 2004, Plaintiff, shortly before he was to leave his work station at 222 West 7th Avenue, Suite 9, Room 253, Anchorage, Alaska, 99513, was summoned into the U.S. Attorney's conference room at that location.

5.  In the conference room were Defendant Timothy Burgess and Defendant Deborah M. Smith. Defendant Steven Skrocki appeared in the U.S. Attorney's conference room along with individuals known to be armed, Defendant Tim Bleicher and Defendant John Doe I.

6.  Defendant Timothy A. Burgess and Defendant Deborah M. Smith ordered Plaintiff to accompany Defendant Steven Skrocki along with Defendant Bleicher and Defendant John Doe I, and Mr. Rosenbaum, knowing that one or both Defendant Bleicher and Defendant John Doe I were armed, and fearing that they would use whatever force necessary to effect objective, did as he was ordered.

7.  Plaintiff was escorted by Defendant Steven Skrocki, Defendant Bleicher and Defendant John Doe I to his office, where those Defendants provided Plaintiff with a cardboard box, ordered Plaintiff not to leave, and gave Plaintiff 10 minutes to pack the box, while Defendants guarded Plaintiff and prevented him from leaving the room.

8.  Thereafter, Defendant Skrocki, as well as Defendant Bleicher and Defendant John Doe I, continued to confine Plaintiff, and intending in fact to do so, directed Mr. Rosenbaum into the elevator located at 222 West 7th Avenue, closed the door, and escorted Mr. Rosenbaum to his vehicle, where he was ordered immediately to enter his vehicle and leave the premises, without returning to the parking structure.

Complaint                                                                 2
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*
Case No. 3AN-06-7869 CI

Exhibit A

9. Under the continuing dominion and control of Defendants, including their apparent willingness to use all such force as they felt necessary, Plaintiff entered his vehicle, and left, as ordered. As he drove away, the enormity of the outrageous conduct of the Defendants emotionally overwhelmed Plaintiff, who broke-down crying.

10. Mr. Rosenbaum was required to seek counseling, and to this day, continues to suffer severe mental pain and suffering as a result of the conduct of Defendants.

## II. - FIRST CAUSE OF ACTION
(False Imprisonment)

11. Plaintiff hereby re-alleges ¶1 through 10 of his Complaint.

12. The Defendants, and each of them, intended, by their acts, to confine Plaintiff within boundaries fixed by the Defendants, including Mr. Rosenbaum's office, hallway to the elevator, the elevator, and the garage area of the building located at 222 West 7th Avenue.

13. The acts and conduct of the Defendants, and each of them, directly and/or indirectly resulted in the confinement of Plaintiff.

14. Plaintiff was conscious of the confinement and/or he suffered harm on account of such confinement, including emotional damage and fright, and mental pain and suffering, and as a result, incurred damages, including but not limited to pain and suffering, emotional distress and past and future medical expenses.

15. The acts and conduct of the Defendants, and each of them, were unlawful, intentional, and/or reckless, and/or malicious, and not privileged.

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

Complaint                                                                 3
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*
Case No. 3AN-06-__7869__ CI

Exhibit A

16. Plaintiff suffered and continues to suffer emotional distress as a direct and proximate result of the unlawful acts and conduct of the Defendants and each of them.

### III - SECOND CAUSE OF ACTION
(Punitive Damages)

17. Plaintiff hereby re-alleges ¶1 through 17 of his Complaint.

18. Because the acts and conduct of the Defendants were intentional, malicious, or conducted with reckless disregard to the rights and interest of the Plaintiff, Defendants are liable to Plaintiff for punitive damages in an amount as the court may determine upon the evidence at trial herein.

WHEREFORE, Plaintiff prays for relief as follows:

1. For judgment against the Defendants and each of them, in an amount to be established upon the evidence at trial;

2. For Plaintiff's costs, interest and attorney's fees;

3. For such other and further relief as the court deems just and equitable in the premises;

RESPECTFULLY SUBMITTED this 11 day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By: _____
SAMUEL J. FORTIER
ABA No. 8211115

Complaint                                                                 4
Mark A. Rosenbaum v. Timothy A. Burgess, et. al.
Case No. 3AN-06-7869 CI

Exhibit A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, ) | |
| DEBORAH M. SMITH, STEVE ) | |
| SKROCKI, TIM BLEICHER, and ) | |
| JOHN DOE I, ) | |
| ) | |
| Defendants. ) | Case No. 3AN-06-7869 CI |
| ) | |

## DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Mark A. Rosenbaum, by and through undersigned counsel, and requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

RESPECTFULLY SUBMITTED this 11 day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By_____
SAMUEL J. FORTIER
ABA No. 8211115

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

Exhibit A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, ) | |
| DEBORAH M. SMITH, STEVE ) | |
| SKROCKI, TIM BLEICHER, and ) | |
| JOHN DOE I, ) | |
| ) | |
| Defendants. ) | Case No. 3AN-06-7869 CI |
| ) | |

## ENTRY OF APPEARANCE

COMES NOW Fortier & Mikko, P.C. and hereby enters its appearance on behalf of Mark A. Rosenbaum in this matter. Service of documents in this matter may be made upon Samuel J. Fortier at the following address: FORTIER & MIKKO, P.C., 101 West Benson Blvd., Suite 304, Anchorage, AK 99503.

RESPECTFULLY SUBMITTED this 11 day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By _____
SAMUEL J. FORTIER
ABA No. 8211115

Exhibit A