DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) Case No. 3:06-cv- |
| Plaintiff, | ) |
| v. | ) |
| | ) **CERTIFICATION** |
| TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I, | ) |
| Defendants. | ) |

I, Phyllis J. Pyles, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by the Appendix to 28 C.F.R. § 15.3 (Civil Directive No. 90-79), hereby certify that I have reviewed the Complaint in

Exhibit B

the lawsuit filed by Plaintiff Mark Rosenbaum against the Defendants in the Superior Court for the State of Alaska, captioned as <u>Mark A. Rosenbaum v. Timothy A. Burgess, et al.</u>, Case No. 3AN-06-7869 Civil.

On the basis of the information now available to me with respect to the allegations in Plaintiff's Complaint, I certify that all of the Defendants including former U.S. Attorney Timothy M. Burgess, former First Assistant U.S. Attorney Deborah M. Smith, Assistant U.S. Attorney Steve Skrocki, and Federal Protective Services officers Tim Bleicher and John Doe I, were acting within the scope of their respective employment as employees of the United States at the time of the conduct alleged in Plaintiff's Complaint.

Respectfully submitted this 12th day of June 2006.

*Phyllis J. Pyles*
PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-

2

Exhibit B