DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>           Plaintiff,<br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>           Defendants. | Case No. 3:06-00144-RRB<br><br>**NOTICE OF SUBSTITUTION AND MOTION TO AMEND CAPTION TO SUBSTITUTE AND NAME THE UNITED STATES AS A PROPER DEFENDANT** |

The United States, by and through the United States Attorney's Office and pursuant to the Notice of Removal and Certification filed concurrently herewith, submits this Notice of Substitution, under 28 U.S.C. § 2679(d)(2), and moves to amend the caption of this case to substitute and name the United States as the party Defendant in place of the individual Defendants.

Under 28 U.S.C. § 2679(b)(1), the remedy against the United States, as provided in 28 U.S.C. § 1346(b) for a tort action against a federal employee acting within the scope of his employment, is exclusive of any other civil action for money damages.  28 U.S.C. § 2679(d)(2) provides that upon certification by the Attorney General that the defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil action on such claim  "shall be deemed an action against the United States under the provisions of this title ... and the United States shall be substituted as the party defendant."

Plaintiff has filed a Complaint against the Defendants in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.  The United States has filed a Notice of Removal to remove this action to the federal district court pursuant to 28 U.S.C. § 2679(d)(2).  Phyllis J. Pyles, Director, Torts Branch, Civil Division, United States Department of Justice, has certified that, with regard to the allegations in Plaintiff's Complaint, Defendants Timothy Burgess, Deborah Smith, Steve Skrocki, Tim Bleicher, and John Doe I, were acting within the scope of their respective employment as employees of the United States under 28 U.S.C. § 2679(d)(2).  See Certification attached as Exhibit A.  Thus, Defendants Timothy Burgess, Deborah Smith, Steve Skrocki, Tim Bleicher, and John Doe I, are deemed

to be employees of the federal government for purposes of any tort claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.

Therefore, under 28 U.S.C. § 2679(d)(2), the United States files this Notice of Substitution and Motion to Amend Caption to substitute and name the United States as the proper party Defendant in place of Defendants Timothy Burgess, Deborah Smith, Steve Skrocki, Tim Bleicher, and John Doe I, with respect to the tort claim ("False Imprisonment") alleged in Plaintiff's Complaint. The United States respectfully requests that the Court enter an Order amending the caption to reflect the substitution of the United States as the Defendant and the dismissal of the individual Defendants from this action.

Respectfully submitted this 13th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2006, a copy of the foregoing NOTICE OF SUBSTITUTION AND MOTION TO AMEND CAPTION TO SUBSTITUTE AND NAME THE UNITED STATES AS A PROPER DEFENDANT was served electronically on Samuel J. Fortier.

s/ Gary M. Guarino