IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) Case No.  3:06-cv-00144-RRB |
| | ) |
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER TO** |
| | ) **AMEND CAPTION TO** |
| TIMOTHY A. BURGESS, DEBORAH | ) **SUBSTITUTE THE UNITED** |
| M. SMITH, STEVE SKROCKI, TIM | ) **STATES AS THE PROPER** |
| BLEICHER, and JOHN DOE I, | ) **DEFENDANT** |
| | ) |
| Defendants. | ) |
| | ) |

The Court having considered the United States' Notice of Substitution and Motion to Amend Caption in this case to substitute the United States of America as the proper party Defendant and to remove and dismiss the individual Defendants Timothy M. Burgess, Deborah M. Smith, Steve Skrocki, Tim Bleicher, and John Doe I, the motion is GRANTED AND IT IS SO ORDERED.

Date:_____                    _____
                                       JUDGE NAME
                                       United States District Court Judge