DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>　　　　　　　Defendants. | Case No. 3:06-cv-00144-RRB<br><br>**NOTICE REGARDING FILING COPIES OF STATE COURT RECORDS** |

The United States, by and through the U.S. Attorney's Office, files this notice regarding the status of compliance with this Court's Order to file copies of all records and proceedings in the State court action. [Docket No. 3] A certified copy of the State court file was requested on June 13, 2006, concurrently with the Notice of Filing Removal of a Civil Action. On June 27, 2006, the U.S. Attorney's

Office contacted the clerk of the State court and was informed that the file had not been copied. The U.S. Attorney's Office has now requested that the State court provide an expedited copy of the State court file in order to comply with this Court's Order.

Respectfully submitted this 27th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2006,
a copy of the foregoing NOTICE
REGARDING FILING COPIES OF
STATE COURT RECORDS
was served electronically on Samuel J. Fortier.

s/ Gary M. Guarino

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RRB                    2