DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>　　　　　　Defendants. | Case No. 3:06-cv-00144-RRB<br><br>**NOTICE OF COMPLIANCE** |

　　　The United States, through the U.S. Attorney's Office, files this Notice of Compliance. The following documents are the records received from Superior Court for the State of Alaska, Third Judicial District, at Anchorage, Alaska, Case No. 3AN 06-7869 Civil, and certified by the Acting Clerk of the Court on the Exemplification Form attached at Exhibit 1. The authenticated record is attached

and hereby filed in the United States District Court for the District of Alaska at Anchorage, Alaska.

| PLEADINGS | DATE | EXHIBIT NO. |
|---|---|---|
| Complaint | 05/11/06 | 2 |
| Summons - Timothy A. Burgess | 05/11/06 | 3 |
| Summons - Deborah M. Smith | 05/11/06 | 4 |
| Summons - Steve Skrocki | 05/11/06 | 5 |
| Summons - Tim Bleicher | 05/11/06 | 6 |
| Demand for Jury Trial | 05/11/06 | 7 |
| Entry of Appearance | 05/11/06 | 8 |
| Return of Service - Deborah M. Smith | 05/17/06 | 9 |
| Return of Service - Steve Skrocki | 05/17/06 | 10 |
| Return of Service - Tim Bleicher | 05/17/06 | 11 |
| Return of Service - Timothy A. Burgess | 05/22/06 | 12 |
| Notice of Filing Removal of a Civil Action | 06/13/06 | 13 |

Respectfully submitted this 29th day of June, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Gary M. Guarino
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: gary.guarino@usdoj.gov
>AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006,
a copy of the foregoing Notice of Compliance
was served electronically on Samuel J. Fortier.


s/ Gary M. Guarino