IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

EXEMPLIFICATION FORM FOR ALASKA COURT RECORDS

### EXEMPLIFICATION

I, Susan Adams, Acting Clerk of the Trial Courts (District and Superior Court) at Anchorage, Alaska, do hereby certify that the paper(s) attached to this certificate and listed below are true and correct copy(s) of the original document(s) on file in my office:

*Case number 3AN-06-7869 CI whole file*

6-28-2006
Date

Witness my hand and seal of this court.

*Susan Adams*
Susan Adams, Acting Clerk of Court

### CERTIFICATE OF JUDGE

I, Morgan Christen, Presiding Judge of the Superior Court at Anchorage, Alaska, do hereby certify that Susan Adams is now, and was at the time of signing and sealing the above attestation, the Acting Clerk of the Trial Courts (District and Superior) at Anchorage, Alaska, and that her attestation is in due form.

6-28-2006
Date

*Morgan Christen*
Morgan Christen, Presiding Superior Court Judge

### CERTIFICATE OF CLERK

I, Susan Adams, Acting Clerk of Court in and for the Third Judicial District at Anchorage, Alaska, do hereby certify that Judge Morgan Christen is duly elected and qualified as judge of said Court and is the Presiding Judge thereof and that the signature of said judge to said certificate is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of this court.

6-28-2006
Date

*Susan Adams*
Susan Adams, Acting Clerk of Court
Anchorage Trial Courts
Third Judicial District

3AN-017ADM (11/05)
Exemplification Form

Exhibit 1