IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MARK A. ROSENBAUM,

                Plaintiff(s),

vs.

TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, AND JOHN DOE I,
                Defendant(s).

CASE NO. 3AN-06-7969 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Timothy A. Burgess

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501-2004 within 20
                (address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Samuel J. Fortier, whose address is: 101 West Benson Blvd., #304, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge McKay.

5/11/06
Date

CLERK OF COURT

By: A. Stanley
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit 3