IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT <u>ANCHORAGE</u>

MARK A. ROSENBAUM, )
)
)
)
Plaintiff(s), )
vs. )
)
TIMOTHY A. BURGESS, DEBORAH M. )
SMITH, STEVE SKROCKI, TIM )
BLEICHER, AND JOHN DOE I, ) CASE NO. <u>3AN-06-7869 CI</u>
)
Defendant(s). )
) SUMMONS
_____ ) AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: <u>Steve Skrocki</u>

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at <u>825 W. 4th Avenue, Anchorage, AK 99501-2004</u> within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, <u>Samuel J. Fortier</u> whose address is: <u>101 West Benson Blvd., #304, Anchorage, AK 99503</u>.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are given notice that this case has been assigned to Judge <u>McKay</u>.

<u>5/11/06</u>
Date

CLERK OF COURT

By: <u>A. Stanley</u>
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)　　　　　　　　　　　　　　　　　　　　　Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

**Exhibit 5**