IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MARK A. ROSENBAUM, )
)
)
)
)
Plaintiff(s), )
vs. )
)
TIMOTHY A. BURGESS, DEBORAH M. )
SMITH, STEVE SKROCKI, TIM )
BLEICHER, AND JOHN DOE I, )   CASE NO. 3AN-06-7869 CI
)
Defendant(s). )
)   SUMMONS
)   AND
)   NOTICE TO BOTH PARTIES
   OF JUDICIAL ASSIGNMENT

To Defendant: Tim Bleicher

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501-2004 within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Samuel J. Fortier whose address is: 101 West Benson Blvd., #304, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge McKay.

Date: 5/11/06

CLERK OF COURT

By: A. Stanley
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)　　　　　　　　　　　　　　　　　　　　　　Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Exhibit 6