IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

Filed in the Trial Courts
STATE OF ALASKA THIRD DISTRICT

MAY 11 2006

By _____ Deputy
Clerk of the Trial Courts

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, ) | |
| DEBORAH M. SMITH, STEVE ) | |
| SKROCKI, TIM BLEICHER, and ) | |
| JOHN DOE I, ) | |
| ) | |
| Defendants. ) | Case No. 3AN-06-7869 CI |
| ) | |

## DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Mark A. Rosenbaum, by and through undersigned counsel, and requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

RESPECTFULLY SUBMITTED this 11 day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By _____
SAMUEL J. FORTIER
ABA No. 8211115

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221

Exhibit 7