IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

Filed in the Trial Courts
STATE OF ALASKA THIRD DISTRICT

MAY 11 2006

By _____ Deputy
Clerk of the Trial Courts

MARK A. ROSENBAUM, )
)
         Plaintiff, )
)
v. )
)
TIMOTHY A. BURGESS, )
DEBORAH M. SMITH, STEVE )
SKROCKI, TIM BLEICHER, and )
JOHN DOE I, )
)
         Defendants. )
_____)

Case No. 3AN-06-7869 CI

### ENTRY OF APPEARANCE

COMES NOW Fortier & Mikko, P.C. and hereby enters its appearance on behalf of Mark A. Rosenbaum in this matter. Service of documents in this matter may be made upon Samuel J. Fortier at the following address: FORTIER & MIKKO, P.C., 101 West Benson Blvd., Suite 304, Anchorage, AK 99503.

RESPECTFULLY SUBMITTED this ___ day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By _____
SAMUEL J. FORTIER
ABA No. 8211115

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

Exhibit 8