Mark Rosenbaum

-vs-

Timothy A. Burgess, Deborah M. Smith,
Steve Skrockim Tim Bleicher
and John Doe I

3AN-06-7869 CI

# RETURN OF SERVICE

I certify that on <u>Tuesday, May 16, 2006</u> at <u>12:14 p.m.</u> I served the following documents:

Summons and Notice to Both parties of Judicial Assignment, Complaint, Demand for Jury Trial, Entry of Appearance

for service upon <u>Steve  Skrocki</u> ,

by leaving a true and correct copy with Steve Skrocki located at <u>222 W 7th Ave.</u> in Anchorage, Alaska

SUBSCRIBED AND SWORN to before me on
May 17, 2006

_____
Civilian Process Server /   Abbie Diller

_____
Notary Public in and for the State of Alaska.



Client: Fortier & Mikko P.C.
        101 W Benson Blvd Ste 304   Anchorage, AK.  99503
Attention: Dagmar Mikko
File No:
Service Fee: $45.00
   Mileage: $0.00
  Endeavor: $0.00
  Endeavor: $0.00
     Total: $45.00



InQuest Agency
308 G St. Suite 220
Anchorage, Alaska 99501
(907) 272-2201
inquestagency.com

Exhibit 10