Mark Rosenbaum

-vs-

Timothy A. Burgess, Deborah M. Smith,
Steve Skrockim Tim Bleicher
and John Doe I

3AN-06-7869 CI

# RETURN OF SERVICE

I certify that on <u>Wednesday, May 17, 2006</u> at <u>12:17 p.m.</u> I served the following documents:

Summons and Notice to Both parties of Judicial Assignment, Complaint, Demand for Jury Trial, Entry of Appearance

for service upon <u>Tim Bleicher</u>,

by leaving a true and correct copy with Tim Bleicher located at <u>308 G St. Suite 220</u> in Anchorage, Alaska

SUBSCRIBED AND SWORN to before me on
May 17, 2006

_____
Civilian Process Server / Abbie Diller

_____
Notary Public in and for the State of Alaska.

[Notary Seal: G. CODY GIBSON, NOTARY PUBLIC, STATE OF ALASKA, Mar 23, 2010]

Client: Fortier & Mikko P.C.
    101 W Benson Blvd Ste 304   Anchorage, AK. 99503
Attention: Dagmar Mikko
File No:
Service Fee: $45.00
Mileage: $0.00
Endeavor: $0.00
Endeavor: $0.00
Total: $45.00

**InQuest**
A G E N C Y
308 G St. Suite 220
Anchorage, Alaska 99501
(907) 272-2201
inquestagency.com

Exhibit 11