DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARK A. ROSENBAUM, ) | Case No. 3AN-06-7869 CI |
| ) | |
| Plaintiff, ) | **NOTICE OF FILING REMOVAL** |
| v. ) | **OF A CIVIL ACTION** |
| ) | |
| TIMOTHY A. BURGESS, ) | |
| DEBORAH M. SMITH, STEVE ) | |
| SKROCKI, TIM BLEICHER, and ) | |
| JOHN DOE I, ) | |
| ) | |
| Defendants. ) | |

Please take notice that on June 13, 2006, the United States of America, through the United States Attorney's Office, filed in the Office of the Clerk of the United States District Court for the District of Alaska its Notice of Removal of the above-captioned action. A copy of that Notice is attached to this pleading.

Exhibit 13

Respectfully submitted this 13th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Gary M. Guarino*

GARY M. GUARINO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the Notice of Filing Removal of a Civil Action
was sent to the following via U.S. Mail:

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd. Suite 304
Anchorage, AK 99503

Executed at Anchorage, Alaska, on June 13, 2006.

*/s/ Owen Junquith*
Office of the U.S. Attorney

2

Exhibit 13

DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) Case No. 3:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF REMOVAL** |
| TIMOTHY A. BURGESS, DEBORAH | ) |
| M. SMITH, STEVE SKROCKI, TIM | ) |
| BLEICHER, and JOHN DOE I, | ) |
| | ) |
| Defendants. | ) |

The United States, by and through the United States Attorney's Office, gives notice to this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District. The notice is based on the following:

1. Plaintiff has filed a Complaint against the Defendants in the Superior Court for the State of Alaska, Third Judicial District at Anchorage. A copy of the

Exhibit 13

Complaint and summons are attached as Exhibit A. Plaintiff has alleged the tort claim of False Imprisonment against the following Defendants: former U.S. Attorney Timothy M. Burgess[1], former First Assistant U.S. Attorney Deborah M. Smith[2], Assistant U.S. Attorney Steve Skrocki, and Federal Protective Services officers Tim Bleicher and John Doe I. Plaintiff seeks damages for personal injury and past and future economic and non-economic damages.

2. Phyllis Pyles, Director, Torts Branch, Civil Division, United States Department of Justice, has certified pursuant to 28 U.S.C. § 2679(d)(2) that, with respect to the events and allegations in Plaintiff's Complaint, Defendants Timothy M. Burgess, Deborah M. Smith, Steve Skrocki, Tim Bleicher, and John Doe I were acting within the scope of their respective employment as employees of the United States at the time of the conduct alleged in the Complaint. The Certification is attached as Exhibit B and filed concurrently with this Notice of Removal.

3. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442 and 28 U.S.C. § 2679(d)(2), which provides that, upon certification by the Attorney General that the defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil

---

[1] Currently U.S. District Court Judge Timothy M. Burgess.

[2] Currently Acting U.S. Attorney for the District of Alaska.

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-                         2

Exhibit 13

action or proceeding commenced upon such claim in a state court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

4.  Pursuant to 28 U.S.C. § 2679(d)(2), no bond is required to be attached to this Notice of Removal.

5.  A Notice of Filing Removal of a Civil Action together with a copy of this Notice are simultaneously being filed in the state court where the action is pending.

Respectfully submitted this 13th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-                    3

Exhibit 13

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006,
a copy of the foregoing NOTICE OF REMOVAL
was sent to the following via U.S. Mail:

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503


s/ Gary M. Guarino

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-                                         4

Exhibit 13

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MARK A. ROSENBAUM,

                Plaintiff(s),

vs.

TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, AND JOHN DOE I,

                Defendant(s).

CASE NO. 3AN-06-7869 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Deborah M. Smith

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501-2004 within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Samuel J. Fortier whose address is: 101 West Benson Blvd., #304, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge McKay.

(SEAL)                                    CLERK OF COURT

5/11/06                   By: A. Staley
Date                                  Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)                             Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Exhibit A

Exhibit 13

FILE COPY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARK A. ROSENBAUM, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TIMOTHY A. BURGESS, | ) |
| DEBORAH M. SMITH, STEVE | ) |
| SKROCKI, TIM BLEICHER, and | ) |
| JOHN DOE I, | ) |
| | ) |
| Defendants. | ) Case No. 3AN-06-7869 CI |

## COMPLAINT

COMES NOW, Mark A. Rosenbaum, by and through counsel, and for his complaint states and alleges as follows:

1. Mark A. Rosenbaum (hereinafter "PLAINTIFF") is a resident of the Municipality of Anchorage, State of Alaska.

2. On information and belief, Timothy M. Burgess, Deborah M. Smith, Steve Skrocki, Tim Bleicher, and John Doe I, are residents of the Municipality of Anchorage, State of Alaska.

3. The acts and conduct constituting the causes of action in this complaint occurred within the Municipality of Anchorage, State of Alaska, on or about May 12, 2004.

Exhibit A

Exhibit 13

## I. FACTS COMMON TO ALL COUNTS

4. On or about May 12, 2004, Plaintiff, shortly before he was to leave his work station at 222 West 7th Avenue, Suite 9, Room 253, Anchorage, Alaska, 99513, was summoned into the U.S. Attorney's conference room at that location.

5. In the conference room were Defendant Timothy Burgess and Defendant Deborah M. Smith. Defendant Steven Skrocki appeared in the U.S. Attorney's conference room along with individuals known to be armed, Defendant Tim Bleicher and Defendant John Doe I.

6. Defendant Timothy A. Burgess and Defendant Deborah M. Smith ordered Plaintiff to accompany Defendant Steven Skrocki along with Defendant Bleicher and Defendant John Doe I, and Mr. Rosenbaum, knowing that one or both Defendant Bleicher and Defendant John Doe I were armed, and fearing that they would use whatever force necessary to effect objective, did as he was ordered.

7. Plaintiff was escorted by Defendant Steven Skrocki, Defendant Bleicher and Defendant John Doe I to his office, where those Defendants provided Plaintiff with a cardboard box, ordered Plaintiff not to leave, and gave Plaintiff 10 minutes to pack the box, while Defendants guarded Plaintiff and prevented him from leaving the room.

8. Thereafter, Defendant Skrocki, as well as Defendant Bleicher and Defendant John Doe I, continued to confine Plaintiff, and intending in fact to do so, directed Mr. Rosenbaum into the elevator located at 222 West 7th Avenue, closed the door, and escorted Mr. Rosenbaum to his vehicle, where he was ordered immediately to enter his vehicle and leave the premises, without returning to the parking structure.

Complaint  2
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*
Case No. 3AN-06-7869 CI

Exhibit A

Exhibit 13

9. Under the continuing dominion and control of Defendants, including their apparent willingness to use all such force as they felt necessary, Plaintiff entered his vehicle, and left, as ordered. As he drove away, the enormity of the outrageous conduct of the Defendants emotionally overwhelmed Plaintiff, who broke-down crying.

10. Mr. Rosenbaum was required to seek counseling, and to this day, continues to suffer severe mental pain and suffering as a result of the conduct of Defendants.

## II. - FIRST CAUSE OF ACTION
(False Imprisonment)

11. Plaintiff hereby re-alleges ¶1 through 10 of his Complaint.

12. The Defendants, and each of them, intended, by their acts, to confine Plaintiff within boundaries fixed by the Defendants, including Mr. Rosenbaum's office, hallway to the elevator, the elevator, and the garage area of the building located at 222 West 7th Avenue.

13. The acts and conduct of the Defendants, and each of them, directly and/or indirectly resulted in the confinement of Plaintiff.

14. Plaintiff was conscious of the confinement and/or he suffered harm on account of such confinement, including emotional damage and fright, and mental pain and suffering, and as a result, incurred damages, including but not limited to pain and suffering, emotional distress and past and future medical expenses.

15. The acts and conduct of the Defendants, and each of them, were unlawful, intentional, and/or reckless, and/or malicious, and not privileged.

Complaint                                                                 3
Mark A. Rosenbaum v. Timothy A. Burgess, et. al.
Case No. 3AN-06-_7869_ CI

Exhibit A

Exhibit 13

16. Plaintiff suffered and continues to suffer emotional distress as a direct and proximate result of the unlawful acts and conduct of the Defendants and each of them.

### III - SECOND CAUSE OF ACTION
(Punitive Damages)

17. Plaintiff hereby re-alleges ¶1 through 17 of his Complaint.

18. Because the acts and conduct of the Defendants were intentional, malicious, or conducted with reckless disregard to the rights and interest of the Plaintiff, Defendants are liable to Plaintiff for punitive damages in an amount as the court may determine upon the evidence at trial herein.

WHEREFORE, Plaintiff prays for relief as follows:

1. For judgment against the Defendants and each of them, in an amount to be established upon the evidence at trial;

2. For Plaintiff's costs, interest and attorney's fees;

3. For such other and further relief as the court deems just and equitable in the premises;

RESPECTFULLY SUBMITTED this 11 day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff Mark A. Rosenbaum:

By _____
SAMUEL J. FORTIER
ABA No. 8211115

Complaint                                                                 4
Mark A. Rosenbaum v. Timothy A. Burgess, et. al.
Case No. 3AN-06-7869 CI

Exhibit A

Exhibit 13

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARK A. ROSENBAUM, )
 )
      Plaintiff, )
 )
v. )
 )
TIMOTHY A. BURGESS, )
DEBORAH M. SMITH, STEVE )
SKROCKI, TIM BLEICHER, and )
JOHN DOE I, )
 )
      Defendants. ) Case No. 3AN-06- 7869 CI
_____)

## DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Mark A. Rosenbaum, by and through undersigned counsel, and requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

RESPECTFULLY SUBMITTED this _11_ day of May 2006.

            FORTIER & MIKKO, P.C.
            Attorneys for Plaintiff Mark A. Rosenbaum:

            By _____
              SAMUEL J. FORTIER
              ABA No. 8211115

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD, SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

Exhibit A

Exhibit 13

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARK A. ROSENBAUM, )
)
               Plaintiff, )
)
v. )
)
TIMOTHY A. BURGESS, )
DEBORAH M. SMITH, STEVE )
SKROCKI, TIM BLEICHER, and )
JOHN DOE I, )
)
              Defendants. )    Case No. 3AN-06-7869 CI

## ENTRY OF APPEARANCE

COMES NOW Fortier & Mikko, P.C. and hereby enters its appearance on behalf of Mark A. Rosenbaum in this matter. Service of documents in this matter may be made upon Samuel J. Fortier at the following address: FORTIER & MIKKO, P.C., 101 West Benson Blvd., Suite 304, Anchorage, AK 99503.

RESPECTFULLY SUBMITTED this 11 day of May 2006.

               FORTIER & MIKKO, P.C.
               Attorneys for Plaintiff Mark A. Rosenbaum:

               By _____
               SAMUEL J. FORTIER
               ABA No. 8211115

*[Left margin: FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304, ANCHORAGE, ALASKA 99503, TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221]*

Exhibit A

Exhibit 13

DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) Case No. 3:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **CERTIFICATION** |
| TIMOTHY A. BURGESS, DEBORAH | ) |
| M. SMITH, STEVE SKROCKI, TIM | ) |
| BLEICHER, and JOHN DOE I, | ) |
| | ) |
| Defendants. | ) |

I, Phyllis J. Pyles, Director, Torts Branch, Civil Division, United States

Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2),

and by virtue of the authority vested in me by the Appendix to 28 C.F.R. § 15.3

(Civil Directive No. 90-79), hereby certify that I have reviewed the Complaint in

Exhibit B

Exhibit 13

the lawsuit filed by Plaintiff Mark Rosenbaum against the Defendants in the Superior Court for the State of Alaska, captioned as <u>Mark A. Rosenbaum v. Timothy A. Burgess, et al.</u>, Case No. 3AN-06-7869 Civil.

On the basis of the information now available to me with respect to the allegations in Plaintiff's Complaint, I certify that all of the Defendants including former U.S. Attorney Timothy M. Burgess, former First Assistant U.S. Attorney Deborah M. Smith, Assistant U.S. Attorney Steve Skrocki, and Federal Protective Services officers Tim Bleicher and John Doe I, were acting within the scope of their respective employment as employees of the United States at the time of the conduct alleged in Plaintiff's Complaint.

Respectfully submitted this 12th day of June 2006.

/s/ Phyllis J. Pyles
PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-                          2

Exhibit B

Exhibit 13