DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>    Plaintiff,<br><br> v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>    Defendants. | Case No.  3:06-cv-00144-RRB<br><br>**SERVICE LIST** |

<u>For Plaintiff</u>:

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221

For Defendant United States:

Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

Respectfully submitted this 29th day of June, 2006, in Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/Gary M. Guarino
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-2344
                E-mail: gary.guarino@usdoj.gov
                AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006,
a copy of the foregoing SERVICE LIST
was served electronically on Samuel J. Fortier.


s/ Gary M. Guarino