SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>    Plaintiff,<br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>    Defendants. | Case No. 3:06-00144-RRB<br><br>**NON-OPPOSED MOTION TO CONTINUE THE PERIOD OF TIME IN WHICH TO RESPOND TO DEFENSE MOTION** |

COMES NOW Mark Rosenbaum, through counsel, and hereby moves the Court for leave to continue the date upon which Mr. Rosenbaum's response, if any, is due to Defendants' Motion to Amend Caption from the presently due date of July 3, 2006, until July 18, 2006.

The undersigned represents that he has spoken with the Assistant U.S. Attorney on this case, Mr. Gary Guarino, and Mr. Guarino has authorized the undersigned to inform the Court that the United States does not object to the continuance herein requested.

Respectfully submitted this 30th day of June, 2006, in Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

s/Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

s/Samuel J. Fortier

Non-Opposed Motion to Continue, etc.    2
Case No. 3AN-06-7869 CI
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*