**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>ROSENBAUM</u>   v.   <u>BURGESS, et al.</u>

DATE: <u>July 7, 2006</u>   CASE NO. <u>3:06-cv-0144-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**NOTICE OF RECUSAL**

---

      Judge Beistline hereby recuses himself from the above matter.

M.O. RE RECUSAL