UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Hearing a Specific Case*

Pursuant to the provisions of Title 28, United States Code, Section 292(B), I hereby designate the Honorable **Robert J. Bryan**, United States Senior District Judge for the Western District of Washington to perform the duties of United States District Judge temporarily for the District of Alaska for the specific case *Mark A. Rosenbaum v. Timothy A. Burgess, et al.*, Case No. 3:06-cv-144-RRB.

Dated: June 30, 2006

*[signature]*
Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc:   Senior District Judge Robert Bryan
      Chief District Judge Robert Lasnik
      Chief District Judge John Sedwick
      Bruce Rifkin, Clerk, Western District of Washington
      Ida Romack, Clerk, District of Alaska