UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:06-CV-00144 RJB |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH M. ) | ORDER REGARDING INITIAL |
| SMITH, STEVE SKROCKI, TIM ) | CASE STATUS REPORT |
| BLEICHER, and JOHN DOE I, ) | AND CASE SCHEDULING |
| ) | AND PLANNING |
| Defendants. ) | |

Pursuant to Rules 16(b) and 26(f), FED. R. CIV. P., and D.Ak. LR 16.1 counsel for all parties must meet within twenty-one (21) days from service of this order, and execute and file with the court, on or before twenty-eight (28) days from service of this order, a report as to the status and discovery needs of this case. The report must conform to LCF 26(f), a copy of which is attached. Older scheduling and planning report forms are not acceptable. The required report form is available online in WordPerfect format on the court's web site at http://www.akd.uscourts.gov in the forms section.

In the event that the parties are actively engaged in substantive settlement negotiations, in lieu of the LCF 26(f) scheduling and planning report, the parties are to file within the time specified above for filing the scheduling and conference report, a joint status report so informing the court. The settlement negotiation status report must include the date by which the parties expect those negotiations to be completed.

The court will set the trial date and pretrial deadlines on receipt of the LCF 26(f) Report. Counsel should include dates they are not available for trial in the Report.

DATED this 7th day of July, 2006.

                                                                                                   s/Robert J. Bryan
                                                                                                    Robert J. Bryan
                                                                                        United States District Judge