SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | |
| BLEICHER, and JOHN DOE I, ) | |
| ) | |
| Defendants. ) | |
| ) | 3:06-cv-00144-RJB |

## STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

1. Was the false imprisonment motivated by animus against Mr. Rosenbaum?

2. Whether the False Imprisonment occurred after office hours and was therefore too atenuated to fall within the scope of employment under Alaska Law?

3. Whether Tim Burgess, Deborah Smith, and/or Steve Skrocki had authority to detain Mr. Rosenbaum under guard?

RESPECTFULLY SUBMITTED this 14th day of July, 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

s/Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, a true and accurate copy of the foregoing was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

s/Samuel J. Fortier