SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06-cv-144 |
| v. | ) |
| | ) |
| TIMOTHY A. BURGESS, DEBORAH | ) |
| M. SMITH, STEVE SKROCKI, TIM | ) |
| BLEICHER, and JOHN DOE I, | ) |
| | ) |
| Defendants. | ) |

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

## OPPOSITION TO THE GOVERNMENT'S MOTION TO AMEND CAPTION, OPPOSITION TO UNITED STATES' CERTIFICATION OF SCOPE OF EMPLOYMENT; MOTION FOR EVIDENTIARY HEARING AND MOTION FOR REMAND (28 U.S.C. § 2679(d); 28 U.S.C. § 1447(c))

COMES NOW Plaintiff, Mark Rosenbaum, through counsel, and hereby opposes

the motion of the United States to amend the caption, the United States' Certification of

Scope of Employment, and moves this Court for an evidentiary hearing with respect to

the United States' Certification of Scope of Employment, and, because the intentional act

performed in this case was outside the scope of employment and, therefore, this Court

lacks subject matter jurisdiction, ultimately moves for remand of this matter back to the

state court, pursuant to 28 U.S.C.§ 1447(c).

These oppositions and motions are supported by the attached Certificate of Counsel and memorandum of points and authorities.

Respectfully submitted this 14th day of July, 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

s/Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a true and accurate copy of the foregoing
was served  electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

s/Samuel J. Fortier

Oppositions to Amend Caption, Motions for       2
Evidentiary Hearing and Remand
Case No. 3AN-06-7869 CI
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221