SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | |
| BLEICHER, and JOHN DOE I, ) | |
| ) | |
| Defendants. ) | |
| ) | 3:06-cv-00144-RJB |

## [PROPOSED] ORDER GRANTING MOTION FOR EVIDENTIARY HEARING

This matter having come before the Court on Plaintiff's Motion for Evidentiary Hearing, and any opposition or reply thereto;

IT IS HEREBY ORDERED that said motion is GRANTED. A hearing will be held on the ____ day of _____, 2006, in Courtroom ____ of the United States Federal Court Building.

DATED: _____

_____
The Honorable Robert J. Bryan
United States Senior District Judge

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221