SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I, | ) ) ) ) |
| Defendants. | ) ) |

3:06-cv-00144-RJB

## MOTION FOR CONTINUANCE
### Federal Rule of Civil Procedure 56(f)

COMES NOW, Mark Rosenbaum, through counsel, and hereby moves this court for an order permitting a continuance in order to allow the undersigned to conduct limited discovery with respect to facts that would permit Plaintiff to oppose the United States' scope of employment certification filed in this case. This motion is supported by the attached Affidavit, Memorandum of Points and Authorities, and Statement of Genuine Issues, in support of Motion to permit Limited Discovery.

RESPECTFULLY SUBMITTED this 14th day of July, 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

/ s / Samuel J. Fortier