SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,             )<br>                                )<br>            Plaintiff,          )<br>                                )<br>v.                              )<br>                                )<br>TIMOTHY A. BURGESS, DEBORAH    )<br>M. SMITH, STEVE SKROCKI, TIM   )<br>BLEICHER, and JOHN DOE I,       )<br>                                )<br>            Defendants.         )<br>_____) | 3:06-cv-00144-RJB |

### [PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE

This matter having come before the Court on Plaintiff's Motion for Continuance, any opposition or reply thereto;

IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiff's Opposition to Defendants' Certificate of Scope of Employment is continued until

_____.

DATED: _____

                                                 The Honorable Robert J. Bryan
                                                 United States Senior District Judge

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

/ s / Samuel J. Fortier