DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>  Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>  Defendants. | Case No. 3:06-00144-RJB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND REPLIES FOR PENDING MOTIONS** |

The following motions are currently pending before the Court:

Motion To Amend Caption To Substitute And Name The United States As A Proper Defendant ("Motion To Amend Caption"), Docket No. 4; Motion to Permit Limited Discovery, Docket No. 12; Motion for Evidentiary Hearing and Motion for Remand; Docket No. 13; and Motion for Continuance, Docket No. 14.

The United States and Mark A. Rosenbaum, by and through their respective counsel, hereby stipulate to the following extensions of time and schedule for the filing of their respective responses, oppositions, or replies to the pending motions.

The United States shall have until September 29, 2006, to file any response or opposition to the Motion to Permit Limited Discovery (Docket No. 12), the Motion for Evidentiary Hearing and Motion for Remand (Docket No. 13); and the Motion for Continuance (Docket No. 14). Mark A. Rosenbaum shall have until October 29, 2006 to file any reply to the United States' response or opposition to these motions.

Pending the Court's rulings on the Motion to Permit Limited Discovery, the Motion for Evidentiary Hearing, and the Motion for Continuance, any opposition or reply briefing on the Motion to Amend Caption, Docket No. 4, shall be stayed.

Within 10 days after the Court's ruling on the Motion to Permit Limited Discovery, Motion for Evidentiary Hearing, and Motion for Continuance, the United States and Mark A. Rosenbaum shall submit a status report and proposed schedule for any further briefing and proceedings with regard to the Motion to Amend Caption.

| | |
|---|---|
| Dated: July 20, 2006 | s/Samuel J. Fortier<br>SAMUEL J. FORTIER<br>Attorney for Plaintiff |
| | |
| Dated: July 20, 2006 | s/Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov<br>AK Bar #8209092 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, a copy of the foregoing STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND REPLIES FOR PENDING MOTIONS was served electronically on Samuel J. Fortier.

s/ Gary M. Guarino