IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>   Plaintiff,<br> v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>   Defendants. | ) Case No. 3:06-00144-RJB<br>)<br>) **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Stipulation for Extension of Time at Docket ___ is GRANTED.

Date: _____     _____
                 Robert J. Bryan
                 United States District Court Judge