IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>　　　　　Defendants. | ) Case No. 3:06-00144-RJB<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Stipulation for Extension of Time at Docket 17 is GRANTED. The schedule set forth in the stipulation is ADOPTED.

DATED this 25th day of July, 2006.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge