JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGEE; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>    Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

    Notice is hereby given that Rebecca S. Cohen, Special Assistant United States Attorney for the District of Alaska, is substituted for Gary Guarino as counsel of record for the United States of America in the above-entitled case. Attached hereto is a copy of a letter from the U.S. Department of Justice, Executive Office for United States Attorneys, dated July 11, 2006, appointing Rebecca S. Cohen as

Special Attorney to the United States Attorney General and authorizing her to conduct legal proceedings on behalf of the United States in the District of Alaska. The Appointment Affidavit has been filed with the Clerk for the U.S. District Court in Anchorage. All further pleadings and correspondence shall be sent to Rebecca S. Cohen at the following address:

>Rebecca S. Cohen
>Assistant United States Attorney
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>rebecca.cohen@usdoj.gov

Respectfully submitted this 4th day of August, 2006, in Seattle, Washington.

>JOHN McKAY
>United States Attorney
>Western District of Washington
>
>/s/ Rebecca S. Cohen
>Special Assistant U.S. Attorney
>700 Stewart Street, Suite 5220
>Seattle, WA 98101
>Phone: (206) 553-6526
>Fax: (206) 553-4073
>E-mail: rebecca.cohen@usdoj.gov
>WSBA #31767

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006,
a copy of the foregoing Notice of Withdrawal
and Substitution of Counsel was served
electronically on Samuel J. Fortier

/s/ Jing Y, Xu

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB            2