JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Doe I,<br><br>    Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**STIPULATED ORDER EXTENDING INITIAL DEADLINES** |

## **STIPULATION**

On July 25, 2006, and pursuant to a prior stipulation filed the parties, the Court extended the deadlines for the parties to brief the following motions filed by plaintiffs: Motion to Permit Limited Discovery (Dkt. No 12); Motion for Evidentiary Hearing and Motion for Remand (Dkt. No 13); and Motion for

Continuance (Dkt. No 14).  *See* July 25, 2006 Order (Dkt. No. 18).  In addition, the Court has stayed any further briefing on the United States' Motion to Amend Caption (Dkt. No. 4) pending its rulings on plaintiff's three motions, and has directed the parties to submit a status report and proposed schedule for further briefing and proceedings with respect to the United States' Motion to Amend Caption within ten days of the Court's rulings on the before-mentioned motions filed by plaintiff.

On July 10, 2006, the Court issued an Order Regarding Initial Case Status Report and Case Scheduling and Planning (Dkt. No. 11), directing the parties to meet, and to file a joint status report and discovery plan within twenty-eight days from the date of the Order.  Due to the extended briefing schedule for the currently pending motions, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST (1) that the Court rescind the deadline for their filing of a joint status report and discovery plan until the Court has issued rulings on the currently pending motions; and (2) that the parties shall submit a proposed schedule for the filing of a joint status report and discovery plan with the status report on further briefing for the United States' Motion to Amend Caption that will be due within ten days of the Court's rulings on plaintiff's three currently pending motions.

//
//
//
//
//
//

DATED this 14th day of August, 2006.

| | |
|---|---|
| JOHN McKAY<br>United States Attorney<br>Western District of Washington | FORTIER & MIKKO, P.C.<br>Attorneys for Plaintiff |
| /s/ Rebecca S. Cohen<br>Special Assistant U.S. Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Phone: (206) 553-6526<br>Fax: (206) 553-4073<br>E-mail: rebecca.cohen@usdoj.gov<br>Wash. State Bar No. 31767 | /s/ Samuel J. Fortier<br>101 West Benson Blvd., Suite 304<br>Anchorage, Alaska 99503<br>Phone: (907) 277-4222<br>Fax: (907) 277-4221<br>Email: fortmikk@ak.net<br>Ak Bar No. 8211115 |

## **ORDER**

The parties having so stipulated and agreed, the proposed amendments to the Court's *Order Regarding Initial Case Status Report And Case Scheduling and Planning* (Dkt. No. 11), as set forth above, is **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _____ day of _____, 2006.

                                                     Judge Robert J. Bryan
                                                   United States District Court Judge

Presented by:


JOHN McKAY
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
Special Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Wash. State Bar No. 31767


FORTIER & MIKKO, P.C.
Attorneys for Plaintiff

/s/ Samuel J. Fortier
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
Ak Bar No. 8211115


**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006,

a copy of the foregoing Stipulated Order

Extending Initial Deadlines was served

electronically on Samuel J. Fortier.

/s/ Jing Y. Xu

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB                    4