SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY A. BURGESS, DEBORAH ) <br> M. SMITH, STEVE SKROCKI, TIM ) <br> BLEICHER, and JOHN DOE I, ) <br> ) <br> Defendants. ) <br> _____ ) | 3:06-cv-00144-RJB |

## CERTIFICATE OF COMPLIANCE

COMES NOW, Plaintiff, Mark Rosenbaum, through counsel, and hereby certifies his compliance with the Court's Minute Order that Plaintiff propose a discovery plan for limited discovery on the Government on or before Friday, August 18, 2006. Plaintiff did submit a proposed discovery plan on the government on Friday, August 18, 2006, at about 3:00 p.m. However, the government has advised the undersigned counsel that the government will not engage in discovery unless ordered by the court.

RESPECTFULLY SUBMITTED this 23rd day of August 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

<u>  /s/ Samuel J. Fortier</u>
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2006, a true and accurate copy of the foregoing was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

By:   <u>  /s/ Samuel J. Fortier</u>

Certificate of Compliance                    Page 2 of 2
*Rosenbaum v. Burgess, et al.*, Case No. 3:06-cv-00144-RJB