JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I, <br><br> Defendants. | Case No. 3:06-cv-00144-RJB <br><br> **OPPOSITION TO PLAINTIFF'S MOTION FOR LIMITED DISCOVERY** |

COMES NOW the United States, by and through its attorneys, John McKay, U.S. Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant U.S. Attorney for said district and Special Assistant U.S. Attorney for the District of Alaska, and hereby filed its Opposition to Plaintiff's Motion for Limited Discovery. As explained in detail in the accompanying Memorandum of Points and Authorities, the United States respectfully requests the Court to deny plaintiff's Motion because even if the defendants

were acting out of a personal animus towards plaintiff (which defendants strenuously

deny), no discovery is warranted because they were still within the scope of their

employment.  Accordingly, no discovery into the scope of employment issue is required.

    Respectfully submitted this 1st day of September, 2006.

<div style="margin-left:50%">

JOHN McKAY
United States Attorney
Western District of Washington


/s/ Rebecca S. Cohen
Rebecca S. Cohen, WSBA #31767
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorney for the United States

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006,
a copy of the foregoing Opposition to
Plaintiff's Motion for Limited Discovery
was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu