

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

May 12, 2004

Exhibit  A
1  of  3

## PRIVACY ACT SENSITIVE

Mark Rosenbaum

Re: Temporary Assignment

Dear Mr. Rosenbaum:

Please be advised that as of May 13, 2004, you will be placed on a work-at-home schedule where you will continue with your full-time work duties. Until further notice, your official duty station will be your home at                                        . You will be expected to remain at your home and be available by e-mail and your home telephone during your normal duty hours, from 8:30-5:30 p.m. You may be away from your home phone during your lunch hour from noon until 1 p.m. During this assignment you will report directly to Civil Chief Lane Tucker, using the remote e-mail feature of your laptop computer, e-mailing her in the morning when you begin your work assignment and again in the evening when you cease work for the day.

While you are on this work-at-home schedule, your work assignments will be handled as follows:

Appellate Chief JoAnn Farrington will e-mail your legal assignments. Your initial assignments will include completion of an appellate brief previously assigned to you, *United States v. Phillips*. That brief is due to be filed on May 25, with the brief due to Ms. Farrington and your secretary by close of business May 18. Please abide by all office appellate guidelines and any additional deadlines or requirements articulated by Ms. Farrington and/or Ms. Tucker. If they request to see earlier drafts prior to May 18, please follow their directives.

You are also assigned to the appeal in *United States v. Zamora*. This brief is due June 10, with the final submitted to Ms. Farrington for review June 3. The appellant's brief and excerpt of record are being provided to you today. Again, please abide by all office appellate guidelines and any additional deadlines or requirements articulated by Ms. Farrington and/or Ms. Tucker. If they request to see earlier drafts prior to June 3, please follow their directives.

Exhibit ___A___

___2___ of ___3___

Page 2

  To conduct the necessary legal research, you can connect to Westlaw using the remote access feature of the laptop computer. You should email all drafts of the appellate briefs to Ms. Farrington and to your secretary, Judy Miller.

  You are to report your progress to both Ms. Tucker and Ms. Farrington by email at the end of each day, for example, indicating what research has been accomplished or what portions of the brief have been completed.

  You should be able to perform your work assignments using the laptop computer. However, if you require any additional equipment or supplies, please advise Ms. Tucker immediately of your needs.

  Although your primary communication with Ms. Tucker will be by e-mail, you have been given a number of pre-stamped envelopes to use to send forms such as leave slips to the office. All requests for leave shall be submitted by e-mail in advance to Ms. Tucker and if approved, you will follow this up with a signed leave slip verifying your request. The leave slip should be mailed prior to the time that the leave is taken. All terms and conditions of the leave restriction letter you have received will remain in effect while you work from your home. If it is necessary to deliver documents quickly to the office, please contact either Ms. Tucker or Ms. Farrington, who can arrange for courier service.

  Your workdays will be from 8:30 a.m. to 5:30 p.m., excluding your lunch hour from 12:00 p.m. to 1:00 p.m. If you wish to depart from home for any reason during normal duty hours (other than the lunch hour), you must use the remote access feature to email Ms. Tucker in advance to confirm the nature and duration of your absence. Upon your return you shall e-mail Ms. Tucker again to confirm the actual duration of the time spent away from your duty station. Should Ms. Tucker be out of the office for a day or more, you will be notified as to whom you should contact in her absence. If Ms. Tucker or Ms. Farrington attempt to contact you at your home at any time during your regularly scheduled duty hours and are unable to do so, you will be charged with Absence Without Leave (AWOL). You are warned that AWOL is serious misconduct which may result in disciplinary action being taken against you.

  Every Friday, you should submit by e-mail to Ms. Tucker a summary of the hours that you have worked on each work assignment. Ms. Tucker will forward this to support staff for use in preparation of your USA-5.

  Your access to the United States Attorney's Office for the District of Alaska is suspended during this time period. Accordingly, today you will surrender your access card, key to your office, and car sticker that provides access to the garage. Your access code will be cancelled effective the close of business May 12, 2004. Thus, you are not authorized to enter the office without an escort during this time period. If you require access to the office for any reason, you must request permission from Ms. Tucker in advance and, if approved, an escort will be provided to you.

Exhibit ___A___
Page __3__ of __3__

Page 3

The above requirements will remain in effect until I decide otherwise. I will review your status in two weeks, on May 26, 2004. Please acknowledge receipt of this letter below by signing and dating the copy of the document provided with this original.

Very truly yours,

TIMOTHY M. BURGESS
United States Attorney

ACKNOWLEDGMENT OF RECEIPT:

_____          __5/12/04__
Mark Rosenbaum                                    Date