SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3:06-cv-00144-RJB

## PROPOSED DISCOVERY PLAN

COMES NOW, the parties, and hereby agree to the following discovery plan for purposes of resolving the pending motion concerning the *Westfall* issue now before the court:

1.　Changes to the timing, form or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made: The parties are in general agreement that no disclosures under this plan under Rule 26(a) are required.

2.　The subjects on which discovery may be needed:  Whether the forced confinement of Mr. Rosenbaum was within the scope of employment of the

Exhibit ___B___
Page ___1___ of ___5___

named defendants, including whether or not the basis for the forced confinement

was a pretext;

3. The limited discovery, discussed above, should be completed on or before

September 30, 2006;

4. The changes that should be made in the limitations on discovery imposed by the

rule or by any local rule are as follows:

a. <u>Requests for production</u>: Plaintiff seeks production of the following and the

defense agrees to produce the same within 15 days:

    i. Plaintiff's personnel records, which shall include all documents

pertaining to personnel issues from February 2, 1984-September 30,

2004, including, but without limiting the generality of the foregoing,

commendations, awards, certificates of merit, credentials, and each

and every other document kept and maintained in the ordinary course

of business by the Government in the personnel file;

    ii. Any and all documents purporting to be used or actually used as a

basis for confining Mr. Rosenbaum and exiling him from the federal

building, whether in electronic media, recorded telephone calls, or

otherwise.

    iii. All policies, manual provisions, memos, e-mails, and other written

documents of whatever description demonstrating the authority of the

United States Attorney to remove under confinement, an Assistant

United States Attorney from the federal workplace;

Exhibit    B

Page    2   of   5

iv.  All communications, written or oral, with the Department of Justice, Federal Bureau of Investigations, Drug Enforcement Agency, United States Service, the Federal Protection Service, the Alaska State Troopers and the Anchorage Police Department regarding Plaintiff as a physical security risk;

v.  All internal memos, e-mails or any other form of written communication regarding the Plaintiff, including, but not limited to communications that the Plaintiff was a physical security risk;

vi.  All memoranda, e-mails, notes, letters, or written communications of any kind authored by Defendant Steve Skrocki (letters May 1 and May 13, 2004) which mention Plaintiff in any way; Defendant Deborah Smith which mention the Plaintiff in any way; Defendant Timothy Burgess which mention the Plaintiff in any way; Defendant Tim Bleicher which mention the Plaintiff in any way;

vii.  The name of the second federal protection service officer who confined and escorted Mr. Rosenbaum from the federal building on the date and time in question;

viii.  The name, address and phone number of the person or persons contacted by each, any or all of the Defendant to obtain review, approval or authorization for the physical removal of Plaintiff from the federal building and the United States Courthouse on or about May 12, 2004;

ix. The complete written job descriptions for each of the Defendants effective on May 12, 2004;

5. The following persons shall be deposed between September 15 and September 30, 2006:

    a. Timothy Burgess;

    b. Deborah Smith;

    c. Steven Skrocki;

    d. Timothy Bleicher;

    e. Scarlett Smith;

    f. Karen Loeffler, Assistant U.S. Attorney;

    g. Joe Botini, Assistant U.S. Attorney;

    h. The Executive Director of the Executive Office of the United States of America ("EOUSA");

    i. The person in the EOUSA contacted by Skrocki and his or her supervisor.

6. The discovery, including all depositions, must be completed on or before September 30, 2006.

RESPECTFULLY SUBMITTED this _____ day of August 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

__/s/Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115



**CERTIFICATE OF SERVICE**

I hereby certify that on August ___, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Gary M. Guarino
Assistant Attorney General
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567


___/s/ Samuel J. Fortier