JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>       Plaintiff,<br><br>  v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>       Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LIMITED DISCOVERY** |

     This matter came before the Court on the plaintiff's Motion for Limited Discovery.  The Court having read and considered the plaintiff's Motion, the United States' opposition, and any documents filed in reply, the Court finds itself fully advised and hereby ORDERS:

_____1.   The plaintiff's Motion for Limited Discovery is DENIED.

//

DATED _____, 2006.


_____
The Honorable Robert J. Bryan



Presented by:


JOHN McKAY
United States Attorney
Western District of Washington



 /s/ Rebecca S. Cohen_____
REBECCA S. COHEN, WSBA #31767
Special Assistant United States Attorney
District of Alaska
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
rebecca.cohen@usdoj.gov