SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>           Plaintiff,<br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>           Defendants. | Case No. 3:06-00144-RRB<br><br>**NON-OPPOSED MOTION AND MEMORANDUM FOR ONE-DAY EXTENSION OF TIME** |

COMES NOW, Mark Rosenbaum, through counsel, and hereby moves this Court for an Order granting him a One-Day Extension of Time, until Monday, September 11, 2006, in which to file his Reply to Defendant's Opposition to the Motion to Permit Limited Discovery.

The reason for this request is that the undersigned took two days off over the Labor Day weekend, and he was dealing most of this week with a case settlement issue in an unrelated matter.

The Government, through Assistant U.S. Attorney Tebecca Cohen, has graciously agreed to non-oppose this motion and has authorized the undersigned to represent the same to the Court. *See* attached request and response.

RESPECTFULLY SUBMITTED this 8th day of September, 2006, at Anchorage, Alaska.

    SAMUEL J. FORTIER
    Attorney for Plaintiff

    <u>/ s /Samuel J. Fortier</u>
    FORTIER & MIKKO, P.C.
    101 West Benson Blvd., Suite 304
    Anchorage, AK 99503
    Telephone No: (907) 277-4222
    Facsimile: (907) 277-4221
    E-mail: sfortier@fortmikk.alaska.com
    AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

<u>/ s / Samuel J. Fortier</u>

## Carol A. Borge

**From:** Cohen, Rebecca (USAWAW) [Rebecca.Cohen@usdoj.gov]
**Sent:** Friday, September 08, 2006 8:13 AM
**To:** Samuel J. Fortier
**Subject:** RE: Rosenbaum v. United States

Sam,

No problem -- you have my permission to represent to the Court that I do not oppose an extension until Monday, September 11.

Becca

---

**From:** Samuel J. Fortier [mailto:sfortier@fortmikk.alaska.com]
**Sent:** Friday, September 08, 2006 8:43 AM
**To:** Cohen, Rebecca (USAWAW)
**Subject:** Rosenbaum v. United States

Rebecca, will you non-oppose a request for a one-day extension for my reply brief. It is due today. I have been under water on a settlement of another case, and I took last weekend off. So, I am not able to complete the brief today. Please advise if I can represent to the court that you non-oppose an extension of time to 9/11/06.

Thank you.

Sam


Samuel J. Fortier
Fortier & Mikko, P.C.
101 W. Benson, Suite 304
Anchorage, AK 99503
(907)277-4222/Fax (907)277-4221
email: sfortier@fortmikk.alaska.com
*******************************************

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you received this communication in error, please notify us immediately by reply or by telephone ( collect at 907-277-4222) and immediately delete this message and all its attachments.

Thank you.

9/8/2006