SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARK A. ROSENBAUM, | ) | |
| | ) | Case No. 3:06-00144-RRB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY A. BURGESS, DEBORAH | ) | |
| M. SMITH, STEVE SKROCKI, TIM | ) | **PROPOSED ORDER GRANTING** |
| BLEICHER, and JOHN DOE I, | ) | **MOTION FOR ONE-DAY** |
| | ) | **EXTENSION** |
| Defendants. | ) | |
| | ) | |

This matter having come before the Court on Plaintiff's Non-Opposed Motion for

a One-Day Extension of Time in which to Reply to Defendants' Opposition to Plaintiff's

Motion for Limited Discovery, any opposition or reply thereto;

IT IS HEREBY ORDERED that said motion is GRANTED.   Plaintiff will file his

reply brief on or before September 11, 2006.

DATED: _____

_____
The Honorable Robert J. Bryan
United States Senior District Judge

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA  98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221