JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| MARK ROSENBAUM,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMOTHY A. BURGESS;<br>DEBORAH M. SMITH; STEVE<br>SKROCKI; TIM BLEICHER; and<br>John Doe I,<br><br>            Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**JOINT SUBMISSION<br>REGARDING DISCOVERY PLAN<br>AND PLEADING DEADLINES** |

Pursuant to the Court's Order of September 18, 2006, plaintiff Mark Rosenbaum and the United States, through their undersigned counsel of record, hereby submit the following Joint Submission Regarding Discovery Plan and Pleading Deadlines.  The parties jointly propose the following:

• No later then October 2, 2006, plaintiff will serve the United States with

written interrogatories and requests for production "regarding the authority of defendants to engage in the conduct alleged in ¶¶ 4-9 of the complaint." The United States will respond to these discovery requests by November 3, 2006. If the United States believes that plaintiff's discovery requests exceed the scope of the Court's Order, the parties will work cooperatively to resolve the dispute, in accordance with their obligations under FRCP 37. If the parties are unable to promptly resolve the dispute, they will seek the Court's guidance, at first instance through a call to the Court, and if ordered by the Court, through appropriate discovery-related motions.

- The parties believe that plaintiff's Motion for Continuance (Dkt. No. 14) is now moot and can be stricken.

- The parties believe that plaintiff's Motion for Remand and Motion for Evidentiary Hearing, filed at Dkt. No. 13 (which includes a challenge to the scope certification filed by the United States), should be noted for hearing after January 5, 2007, with the following briefing schedule: Plaintiff will file an amended Motion to Remand and an amended Motion for Evidentiary Hearing on December 8, 2006; the United States will file opposition/response briefs on December 22, 2006; and plaintiff will file reply briefs on January 5, 2007. The parties reserve the right to request oral argument on plaintiff's Motion for Remand and Motion for Evidentiary Hearing.

- The parties believe that briefing on the United States' Motion to Amend Caption (Dkt. No. 4) should be deferred until after the Court's decision on plaintiff's Motion for Remand and Motion for Evidentiary Hearing. After receiving the Court's decision, the parties will confer and establish a briefing schedule for the United States' Motion.

DATED this 25th day of September, 2006.

JOHN McKAY                                    FORTIER & MIKKO, P.C.
United States Attorney                        Attorneys for Plaintiff
Western District of Washington


/s/ Rebecca S. Cohen                          /s/ Samuel J. Fortier
Special Assistant U.S. Attorney               101 West Benson Blvd., Suite 304
700 Stewart Street, Suite 5220                Anchorage, Alaska 99503
Seattle, WA 98101                             Phone: (907) 277-4222
Phone: (206) 553-6526                         Fax: (907) 277-4221
Fax: (206) 553-4073                           Email: fortmikk@ak.net
E-mail: rebecca.cohen@usdoj.gov               Ak Bar No. 8211115
Wash. State Bar No. 31767


**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006,

a copy of the foregoing Joint Submission

was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB                    3