UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK ROSENBAUM,

    Plaintiff,

v.

TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,

    Defendants.

Case No. C06-00144RJB

ORDER ON THE PARTIES' AGREED MOTION TO RESOLVE DISCOVERY DISPUTE

    This matter comes before the court on the parties' Agreed Motion to Resolve Discovery Dispute. Dkt. 32. The court is familiar with each party's position, and makes the following ORDER:

    Defendants need not answer Interrogatories 16 and 18 as they are beyond the scope of the court's September 18, 2006 Order on Plaintiff's Motion to Permit Limited Discovery (Dkt. 29).  As guidance to the parties, the court offers the following as examples of appropriate inquiries: (1) Does [the defendant] have authority to engage in [acts in ¶¶ 4-9 of the complaint]; (2) What is the extent of that authority; and (3) What is the source of that authority?

    Therefore, it is hereby

    **ORDERED** that, as set forth in the parties' Agreed Motion to Resolve Discovery Dispute (Dkt. 32), defendants' objection to plaintiff's interrogatories 16 and 18 is **SUSTAINED**.  Defendants are **RELIEVED** from responding to those interrogatories.

    Service of this order will be in accord with the court's ECF system.

    DATED this 19th day of October, 2006.

                                        */s/ Robert J. Bryan*
                                        Robert J. Bryan
                                        United States District Judge