SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TIMOTHY A. BURGESS, DEBORAH )<br>M. SMITH, STEVE SKROCKI, TIM )<br>BLEICHER, and JOHN DOE I, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-00144-RRB<br><br>**NON-OPPOSED MOTION TO CONTINUE BRIEFING SCHEDULE** |

      COMES NOW Mark Rosenbaum, through counsel, and hereby moves the Court for an order modifying the existing briefing schedule in the following respect:

      1.      The briefs currently due by Plaintiff on December 8, 2006, will be due on or before two weeks following this Court's ruling on the joint submission regarding Defendants' claims of privilege filed contemporaneously with this non-opposed motion;

      2.      The briefs currently due by Defendants on December 22, 2006. will be due two weeks following Plaintiff's Opening Brief, but not before January 16, 2007; and

      3.      The briefs currently due by Plaintiff on January 5, 2007, will be due seven days following the filing of Defendants' briefs.

2

Counsel for Defendants has been advised of this motion, and has authorized the undersigned to represent to the Court that defense counsel does not object to the modifications stated herein.

Respectfully submitted this 4th day of December, Anchorage, Alaska.

>SAMUEL J. FORTIER
>Attorney for Plaintiff
>
>s/Samuel J. Fortier
>FORTIER & MIKKO, P.C.
>101 West Benson Blvd., Suite 304
>Anchorage, AK 99503
>Telephone No: (907) 277-4222
>Facsimile: (907) 277-4221
>E-mail: sfortier@fortmikk.alaska.com
>AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA  98101

/ s / Samuel J. Fortier