SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>TIMOTHY A. BURGESS, DEBORAH )<br>M. SMITH, STEVE SKROCKI, TIM )<br>BLEICHER, and JOHN DOE I, )<br>  )<br>Defendants. )<br>_____) | Case No: 3:06-cv-00144-RJB<br><br><br><br><br><br>**ORDER**<br>**GRANTING UNOPPOSED**<br>**MOTION TO CONTINUE**<br>**BRIEFING SCHEDULE** |

This matter having come before the Court on Plaintiff's Unopposed Motion to Continue Briefing Schedule in the above captioned case; Permit Limited Discovery, and any opposition or reply thereto;

IT IS HEREBY ORDERED that said motion is GRANTED as follows:

1.     The briefs currently due by Plaintiff on December 8, 2006 are due two weeks following this Court's ruling on the joint submission regarding Defendants' claims of privilege.

2.     The briefs currently due by Defendants on December 22, 2006 are due two weeks following Plaintiff's Opening Brief, but not before January 16, 2007.

3. The briefs currently due by Plaintiff on January 5, 2007 are be due seven days following Defendants' briefs, but not before January 16, 2007.

DATED this 7th day of December 2006.

                                    *Robert J. Bryan*
                                    ROBERT J. BRYAN
                                    United States District Judge