1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ALASKA

8  MARK A. ROSENBAUM,                              )
                                                    )
9                    Plaintiff,                     )   Case No. 3:06-00144-RJB
                                                    )
10           v.                                      )
                                                    )
11  TIMOTHY A. BURGESS, DEBORAH M. SMITH,            )   ORDER REGARDING
   STEVE SKROCKI, TIM BLEICHER, and JOHN            )   *IN CAMERA* REVIEW
12  DOE I,                                           )   AND FILING UNDER SEAL
                                                    )
13                   Defendants.                     )
                                                    )
14  ─────────────────────────────────────────────  )

15

16       This matter comes before the court on the "Agreed Upon Motion to Resolve Discovery Dispute"

17  (Dkt. 35).  The court is familiar with the documents filed as part of the joint submission and the

18  remainder of the file.

19       While it appears that the discovery requests at issue in this motion and the redacted responses go

20  more to the defendants' motives than to their scope of authority, it is appropriate for the court to view

21  the documents at issue *in camera* to properly respond to the motion.  Therefore it is now ORDERED as

22  follows:

23       (1) Defendants should file the questioned discovery documents under seal, without redaction;

24       (2) Defendants should mail a copy of the questioned discovery documents under seal without

25  redaction to the undersigned; and

26       (3) Since some of the handwriting on the discovery documents that was not redacted is impossible

27  for the court to read, it would also be appropriate for the defendants to attach typewritten copies of those

28  documents that bear handwriting, to both the filed and mailed copies.

1    Upon receipt of the foregoing documents, the court will review them *in camera* and issue a ruling

2  on the Motion to Resolve Discovery Dispute (Dkt. 35).

3    DATED this 11th day of December, 2006.

4

5

Robert J. Bryan
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2