IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>    Defendants. | Case No. 3:06-144-RJB<br><br>ORDER ON AGREED UPON MOTION TO RESOLVE DISCOVERY DISPUTE |

This matter comes before the court on the Agreed Upon Motion to Resolve Discovery Dispute (Dkt. 35) and the court's Order Regarding *In Camera* Review and Filing Under Seal (Dkt. 37). The court is in receipt of the questioned discovery, which was filed under seal, and has carefully reviewed the materials and the redactions thereto *in camera*. It appears to the court the privilege logs supplied by defendants are adequate and responsive to plaintiff's request, and further privilege logs should not now be required. It also appears that the defendants' redaction of materials requested is, in all respects, appropriate pursuant to the court's Order on Plaintiff's Motion to Permit Limited Discovery (Dkt. 29) and the attorney-client privilege and work product doctrine. Accordingly, it is now

ORDERED that the parties' Agreed Upon Motion to Resolve Discovery Dispute is hereby resolved as stated above. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address via the CM/ECF system.

DATED this 13th day of December, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge