SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>          Plaintiff,<br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>          Defendants. | Case No. 3:06-00144-RRB<br><br>**MOTION ON SHORTENED TIME FOR LEAVE TO FILE AMENDED BRIEFS ON ONE-WEEK EXTENSION OF TIME** |

COMES NOW, Mark Rosenbaum, through counsel, and hereby moves this Court for leave to continue the briefing schedule in this matter for one week. The reason why this motion should be heard on shortened time is that today, December 27, is the deadline date in which to file Plaintiff's amended motion for remand and amended motion for an evidentiary hearing. Counsel for Ms. Rosenbaum miscalculated both the speed in which this Court would decide a pending motion for discovery and, as well, the results of that motion. That, coupled with the Holidays and crush of business, has left counsel for Mr. Rosenbaum unable to complete the briefing and timely file by December 27.

Complicating matters, Ms. Cohen is out of the District until December 28 and, therefore, counsel has not been able to consult with her whether she opposes extending the briefing period. On information and belief, based upon a conversation with Ms. Cohen, it is counsel's understanding that Ms. Cohen did not want her response briefs to be due January 16 or later. The proposed schedule will not upset that time frame.

Accordingly, counsel requests the Court's indulgence in granting expedited consideration and permitting counsel to file his opening briefs on behalf of Mr. Rosenbaum on or before January 5, 2007.

RESPECTFULLY SUBMITTED this 27th day of December, 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

Motion on Shortened Time        Page 2 of 2
*Rosenbaum v. Burgess, et. al.*, Case No. 3:06-00144-RRB