SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>　　　　　Defendants. | Case No. 3:06-00144-RRB<br><br>**PROPOSED ORDER GRANTING MOTION ON SHORTENED TIME FOR LEAVE TO FILE AMENDED BRIEFS ON ONE-WEEK EXTENSION OF TIME** |

This matter having come before the Court on Plaintiff's Motion on Shortened Time for Leave on Plaintiff's underlying Motion to extend the briefing schedule and permit Plaintiff to file his amended briefs on or before January 5, 2007, and the Court being apprised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion on Shortened Time is GRANTED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Robert J. Bryan
　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2006, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier