SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-00144-RRB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | **MOTION FOR LEAVE TO FILE** |
| M. SMITH, STEVE SKROCKI, TIM ) | **AMENDED BRIEFS ON ONE-** |
| BLEICHER, and JOHN DOE I, ) | **WEEK EXTENSION OF TIME** |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, Mark Rosenbaum, through counsel, and hereby moves this Court for an order extending the briefing schedule in this matter, presently set to begin on December 27, for one week, until January 5, 2007. Counsel for Mr. Rosenbaum is unable to complete the amended briefs timely. Counsel miscalculated both the speed in which this Court determined motions for discovery, as well as the results of the motion. As a result, the Holidays and the crush of other business has prevented counsel from adequately briefing his Amended Motion for Evidentiary Hearing and his Amended Motion for Remand. An additional week is required.

RESPECTFULLY SUBMITTED this 27th day of December, 2006, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier