SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | Case No. 3:06-00144-RRB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | **PROPOSED ORDER GRANTING** |
| BLEICHER, and JOHN DOE I, ) | **MOTION FOR LEAVE TO FILE** |
| ) | **AMENDED BRIEFS ON ONE-WEEK** |
| Defendants. ) | **EXTENSION OF TIME** |
| ) | |

This matter having come before the Court on Plaintiff's Motion for a One-Week Extension of Time in which to file amended briefs, and the Court having considered the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's Amended Motion for an Evidentiary Hearing and Amended Motion to Remand, previously due December 27, are now due on January 5, 2007.

DATED: _____

_____
The Honorable Robert J. Bryan
United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221