SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-00144-RRB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | |
| BLEICHER, and JOHN DOE I, ) | **AMENDED MOTION** |
| ) | **TO REMAND** |
| Defendants. ) | |

COMES NOW, Mark Rosenbaum, through counsel, and pursuant to 28 U.S.C. § 1447(c) hereby moves this Court to remand this case to the Alaska state Superior Court from which it was removed in that this Court no longer has subject matter jurisdiction. The Plaintiff and all of the Defendants are citizens of the state of Alaska.

This case was removed under 28 U.S.C. § 2679(d)(2) following the certification of the Attorney General that the Defendants were acting within the scope of their employment at the time of the incident out of which the claim arose. For the reasons stated in the accompanying Amended Motion for Evidentiary Hearing, Mr. Rosenbaum believes that, because the certification of scope of employment is invalid, this Court no

longer has jurisdiction on the basis of such removal and, therefore, the case should be remanded.

A Memorandum of Points and Authorities in support of this motion is attached.

RESPECTFULLY SUBMITTED this 5th day of January 2007, at Anchorage, Alaska.

>SAMUEL J. FORTIER
>Attorney for Plaintiff
>
>/ s /Samuel J. Fortier
>FORTIER & MIKKO, P.C.
>101 West Benson Blvd., Suite 304
>Anchorage, AK 99503
>Telephone No: (907) 277-4222
>Facsimile: (907) 277-4221
>E-mail: sfortier@fortmikk.alaska.com
>AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2006, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier