# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5

# EXHIBIT 6

# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11



# EXHIBIT 12

**U.S. DEPARTMENT OF JUSTICE**

**Performance Work Plan**

United States Attorneys

**DISCLOSURE STATEMENT:** This information is personal. It must be appropriately safeguarded from improper disclosure and it should only be made available for review by appropriate management levels having a need to know.

### Part A - Employee Information

| Name of Employee: | Mark A. Rosenbaum | SSN: | 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 |
|---|---|---|---|
| Position Title: | __New __Experienced  _X_ Senior Assistant United States Attorney | Pay Plan, Series, Grade: | AD-905 |
| Rating Period (from/to) | 1/1/01 - 12/31/01 | Organizational Location | CRIMINAL DIVISION |

### Part B - Development, Discussion and Approval of Performance Work Plan

| Rating Official's Signature | Date | Reviewing Official's Signature | Date | Employee's Signature | Date |
|---|---|---|---|---|---|
| *[signature]* | 3/12/01 | *[signature]* | 3/15/01 | *[signature]* | 14 Feb. 2001 |

### Part C - INTERIM Rating of Performance Element(s)

| | Critical Performance Element(s) (additional elements may be added if necessary) | Rating Level (check one) | | |
|---|---|---|---|---|
| | | Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
| 1 | Conducts Legal Research and Writing | | | |
| 2 | Identifies, Develops and Structures Investigations | | | |
| 3 | Presents Cases in Court | | | |
| 4 | Conducts Plea Negotiations | | | |
| 5 | Program Responsibilities | | | |
| 6 | Contributes to Organizational Effectiveness | | | |

### Part D - INTERIM Rating Level (check one)

| Unacceptable | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
| | | |

### Part E - INTERIM Rating of Record Review and Approval

| Appraisal Type | | | Interim | | |
|---|---|---|---|---|---|
| Rating Official's Signature | Date | | Employees' Signature | | Date |
| *[signature]* | 2/8/02 | | | | DOJ0005 |

*[handwritten: 3/15/01 mark]*

- 1 -

Form USA-265
Rev. 10/95

| Part F - FINAL Rating of Performance Element(s) | | | |
|---|---|---|---|
| Critical Performance Element(s) (additional elements may be added if necessary) | Rating Level (check one) | | |
| | Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
| 1  Conducts Legal Research and Writing | | ✓ | |
| 2  Identifies, Develops and Structures Investigations | | | ✓ |
| 3  Presents Cases in Court | | | ✓ |
| 4  Conducts Plea Negotiations | | ✓ | ✓ |
| 5  Program Responsibilities | | ✓ | |
| 6  Contributes to Organizational Effectiveness | | ✓ | |

| Part G - FINAL Rating Level (check one) | | |
|---|---|---|
| Unacceptable | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
| | ✓ | |

| Part H - FINAL Rating - Record Review and Approval | | | | | |
|---|---|---|---|---|---|
| Appraisal Type | | ANNUAL | | | |
| Rating Official's Signature | Date | Reviewing Official's Signature | Date | Employee's Signature | Date |
| *[signature]* | 3/9/07 | *[signature]* | 3/18/07 | | |

*Employee not available*
*~~labeled~~ to sign original →*
*in trial. Employee*
*provided copy.*

*[signature]*
*AO*

DOJ0006

## Performance Appraisal Record Information

**Part A: Employee Information**

Rating periods are shown below.  The rating period officially begins when the Performance Work Plan (PWP) is issued.

| | |
|---|---|
| January 1 to December 31 | Non-Supervisory, Non-Senior Litigation Counsel (SLC) Assistant United States Attorneys (AUSAs) |
| April 1 to March 31 | |
| July 1 to June 30 | Non-Attorneys |
| November 1 to October 31 | General Schedule Attorneys |
| | Supervisory AUSAs/SLC AUSAs |

**Part B: Development, Discussion and Approval of Performance Work Plan**

1. THE RATING OFFICIAL develops PWP at the beginning of each appraisal period by identifying *critical* performance elements and performance standards.  Non-critical performance elements may not be used.  Participation of the employee in developing the PWP is optional, but strongly encouraged.
2. THE REVIEWING OFFICIAL reviews the PWP to ensure the elements and standards are sufficient to fulfill management expectations, organizational goals and objectives, and that PWPs within the organizational unit generally are consistent.
3. THE EMPLOYEE acknowledges receipt and understanding of the PWP.

**Part C: Progress Review**

At least one formal progress review must be conducted, normally at the mid-point of the rating cycle, to assess the extent to which elements and standards of the PWP remain appropriate, and to discuss progress toward meeting performance goals.  Progress reviews will be documented by the signatures of the Rating Official and the Employee on the Performance Appraisal Record (PAR).

**Part D: Rating of Performance Elements**

THE RATING OFFICIAL completes the appraisal record by assigning tentative performance element rating levels for each performance element and recording these determinations on the PWP and the PAR.  Each element will be rated at one of three levels:

| | |
|---|---|
| Fails to Meet Expectations | Performance is below established element standards and is seriously deficient in terms of quality, quantity, timeliness of work, or manner of performance.  Performance at this level *requires* that administrative action be taken, and results in an overall rating of Unacceptable. |
| Meets to Exceed Expectations | At least, performance meets or exceeds established standards criteria. |
| Substantially Exceeds Expectations | Performance clearly demonstrates a level of achievement which exceeds to an exceptional degree established element standards.  Performance at this level normally is deserving of special recognition. |

**Part E: Overall Rating Level**

THE RATING OFFICIAL assigns the Overall Rating Level based on the following:

| | |
|---|---|
| Unacceptable | Performance on any performance element fails to meet established standards, i.e., is rated at the "Fails to Meets to Exceeds Expectations" level.  Administrative action must be taken based on a rating at the Unacceptable level.  Contact your personnel office for assistance. |
| Meets to Exceeds Expectations | Performance elements are rated at least at the Meets to Exceeds Expectations level, and less than a majority of elements (50% or less) are rated at the Substantially Exceeds Expectations level. |
| Substantially Exceeds Expectations | Performance elements are rated at the Substantially Exceeds Expectations level on a majority of elements (more than 50%). |

DOJ0007

Form USA-265
Rev. 10/95

**THE RATING OFFICIAL** assigns tentative performance element rating levels and overall rating level, and signs the PAR. Upon approval of the Reviewing Official, the Rating Official provides the approved PAR to the employee and discusses the evaluation.

**THE REVIEWING OFFICIAL** approves or adjusts the Rating Official's tentative ratings, and signs the PAR.

**THE EMPLOYEE** signs the PAR indicating that the rating was issued and discussed. The signature does not constitute agreement with the rating assigned, nor forfeit any rights to grieve the rating.

DOJ0008

Form USA-260
Rev. 10/95

**U.S. DEPARTMENT OF JUSTICE**
United States Attorneys

**Performance Work Plan**

**DISCLOSURE STATEMENT:** This information is personal. It must be appropriately safeguarded from improper disclosure and it should only be made available for review by appropriate management levels having a need to know.

### Part A - Employee Information

| | | |
|---|---|---|
| | Mark A. Rosenbaum | SSN: | 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 |
| | __New __Experienced _X_ Senior Assistant United States Attorney | Pay Plan/Series/Grade: | AD-905 |
| | 1/1/01 - 12/31/01 | Organizational Location | CRIMINAL DIVISION |

### Part B - Performance Element(s)

**New:** less than 3 years litigative experience; or first rating period after Intra/Inter-office move, or first two rating periods for new hire.
**Experienced:** 3-6 years litigative experience in specialty area, e.g., civil, criminal or appellate, or less than Senior range.
**Senior:** 7+ years litigative experience, or more than 7 rating periods.

## CONDUCTS LEGAL RESEARCH AND WRITING

*[Standard text — obscured] ... Meets to Exceeds Expectations ... in the quality, or work quantity of work, timeliness, or individual ... may not be written at the "Fails to Meet Expectations" level.*

1. Identifies and resolves relevant legal and factual issues and states the same with precision and clarity.
2. Locates relevant constitutional, statutory, case and regulatory authority applicable to each issue, and supports briefs, memoranda and other written work with appropriate legal authorities.
3. Organizes and edits briefs, motions, memoranda and other written work in compliance with Court, Department of Justice and U.S. Attorney's Office rules and procedures.
4. Briefs, motions, memoranda and other written work are filed with the court within established deadlines, and when necessary, are submitted for supervisory review by established deadlines.

**In addition:** A NEW AUSA must meet at least one; an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Develops written work products that are particularly effective and persuasive in view of case complexity.
2. Research and analysis show substantial creativity and skill that results in strategically advantageous positions for the United States.
3. Cites the best legal authorities in support of written arguments.
4. Serves as a mentor and/or assists others in legal research and writing.

*[check one]. Note: a concise narrative summary documenting the basis for the Rating Level is required ... performance Standards have not been defined above. Otherwise, additional documentation is optional.*

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
| | X | |

**Comments:** Mr. Rosenbaum does a very thorough job of research and writing. He keeps up to date on all of the applicable precedents, and brings important new developments to the attention of other attorneys. His work is very persuasive and clear and is commonly relied on by others especially in the suppression and sentencing guideline area. During this rating period, Mr. Rosenbaum has been much better about submitting briefs for review in a timely manner. However, Mr. Rosenbaum filed an appellate brief late before having received an extension. He needs to notify supervisors of schedule conflicts in order to avoid situations in the future.

DOJ0009

Part B - Performance Element(s) (continued)

**2. Performance Element:** IDENTIFIES, DEVELOPS AND STRUCTURES INVESTIGATIONS

**Performance Standards:** Performance standards must be written at the "Meets to Exceeds Expectations" level by defining expected performance in such terms as quality of work, quantity of work, timeliness, or individual or group goals and objectives. Standards may not be written at the "Fails to Meet Expectations" level.

1. Determines and resolves pertinent threshold issues relating to jurisdictional and policy guideline limitations for prosecution.
2. Conducts and directs investigations. Ensures investigations are complete and accomplished within established deadlines. Effectively utilizes resources of the U.S. Attorney's Office, other agencies, outside expert witnesses, and consultants.
3. Use of the grand jury is procedurally correct, well organized, timely, complete, and efficient..
4. Prosecutive theories, including relevant sentencing factors, are sound and persuasive, given the law and facts available, and investigative and charging documents are carefully drawn.
5. Identifies situations in which supervisory and/or other input will benefit investigation and seeks such input.
6. Identifies and coordinates with witnesses and victims in compliance with DOJ policies.
7. Fosters confidence and cooperation by demonstrating an appreciation of proper professional relationships between the attorney, court personnel, the opposition bar, agencies, the public and fellow employees.
8. Demonstrates an awareness of the needs of agencies and factors that into case decision making.
9. Evaluates the assets and resources of individual defendants, determining defendant(s) financial condition during the investigation and other proceedings, and coordinates with the financial litigation attorney and the forfeiture attorney.
10. Exercises sound judgement in identifying cases suitable for parallel civil proceedings. When appropriate, provides timely notification to civil attorneys and promotes the successful conclusion of civil proceedings by closely and effectively coordinating case information and overall legal strategy.

**In addition:** A NEW AUSA must meet at least one, an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Handles assignments involving substantively complex investigation issues and/or multi-agency participation, and resolves these matters in a manner which is most advantageous to the United States.
2. Demonstrates flexibility and creativity in guiding and resolving investigations.
3. Effectively handles more investigations (quantitatively).
4. Assists others in identifying, developing, and structuring investigations.
5. Provides technical leadership to others in making particularly effective use of parallel civil proceedings. In this regard,
   applies especially innovative and imaginative legal approaches to especially difficult and complex cases.

**Rating Level** (check one): Note: a concise narrative summary documenting the basis for the Rating Level is *required* when the Performance Standards have not been defined, above. Otherwise, additional documentation is optional.

| Falls to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
| | | X |

**Comments:** Mr. Rosenbaum does an excellent job of developing and leading multi-defendant OCDETF investigations. He is outstanding at obtaining convictions from everyone involved in a drug organization. He obtains cooperation where useful, but is always willing to go to trial when an appropriate plea offer is rejected.

DOJ0010

Form USA-260
Rev. 10/95

**Part B – Performance Element(s) (continued)**

| 3. Performance Element: | PRESENTS CASES IN COURT |
|---|---|

Performance Standards: Performance standards must be written at the "Meets to Exceeds Expectations" level by defining expected performance in such terms as quality of work, quantity of work, timeliness, or individual or group goals and objectives. Standards may not be written at the "Fails to Meet Expectations" level.

1. Consistently prepares witnesses carefully.
2. Articulates (heard and understood) assertively and persuasively.
3. Displays appropriate professional courtroom presence and demeanor.
4. Effectively organizes and presents evidence in pre-trial hearings, trials, sentencing, and related proceedings without unduly imposing on staff and court resources.
5. Effectively conducts cross-examination of witnesses.
6. Demonstrates complete familiarity with rules of procedure and evidence during all proceedings and is able to advance argument as needed.
7. Is thoroughly familiar with the case facts and applicable legal precedents, and presents the government's case in a logical manner consistent with legal theory.
8. Demonstrates effective coordination with other agencies by providing necessary information (i.e. referrals, copies of pleadings, motions, or other pertinent documents) in a timely manner.
9. When appropriate, introduces evidence into cases where there are financial losses to victims which fully identifies the losses of the victims and the disposition of the financial gain of the defendant to facilitate the discovery and recovery of such assets and provides a specific basis upon which the court may determine the losses to the victims so that the amounts of restitution may be established at the defendant's sentencing.
10. When appropriate, establishes a complete record of the elements of the crime in the cases of financial losses to victims so that a subsequent civil suit to recover the losses of the victims can be litigated successfully with a minimum of additional proof.
11. Communicates with the courts in a timely manner.

**In addition:** A NEW AUSA must meet at least one, an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Demonstrates a creative and convincing style in case presentation.
2. Independently organizes complex cases.
3. Assists others in the development of complex presentations and provides mentoring and/or formal training to other AUSAS.
4. Effectively argues significantly more complex cases.

Rating Level (check one): Note: a concise narrative summary documenting the basis for the Rating is required when the Performance Standards have not been defined, above. Otherwise, additional documentation is optional.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  |  | X |

**Comments:** Mr. Rosenbaum is a superb trial attorney. He has an excellent organization, trial preparation and witness preparation skills. However, on occasion he can be too abrupt with agents and witnesses. He is efficient and concise while covering all issues. Mr. Rosenbaum works out witness and evidence problems before they appear for court. He puts together and presents highly complex drug investigations with great attention to detail, and this preparation work is well reflected in his results.

DOJ0011

## CONDUCTS PLEA NEGOTIATIONS

Performance is characterized by compliance with applicable policies, rules and procedures of the office, the Department of Justice, the Sentencing Guidelines and the Court in performing all of the following:

1. Makes charging decisions that have a positive direct or indirect impact on subsequent plea negotiations.
2. Conducts timely negotiations after consultation with the U.S. Attorney's office.
3. Writes plea agreements in clear terms and in accordance with office and Departmental guidelines, endeavoring to assure that plea agreements and sentences are enforceable and contain resolution of sentencing guideline issues.
4. Timely advises defense counsel of the government's position after the agency has been consulted.
5. Determines which plea negotiations need review by immediate supervisors per office guidelines and seeks such review.
6. Enters into plea agreements that result in the cooperation of defendants as cases permit.
7. Recommends a reasonable fine based on the defendant's ability to pay, ensuring that any information on the defendant's assets is forwarded to the collection attorney.
8. Takes measures that increase the likelihood that the special assessments are paid at sentencing.
9. Considers relevant statutory provisions for victim restitution.

**In addition:** A NEW AUSA must meet at least one; an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Coordinates with the financial litigation attorney, the forfeiture attorney, and other components of the criminal justice system to improve the enforcement of the criminal fines, restitution, forfeitures or other criminal monetary impositions.
2. Displays intuitive insight into the strengths and weaknesses of the positions of opposing party.
3. Demonstrates a seasoned understanding of, and facility with, the factual and legal variables involved in complex negotiations.
4. Assists other attorneys in the development of sentencing options and the application of sentencing guidelines, including restitution.
5. Utilizes knowledge of sentencing guidelines and recent appellate opinions to resolve the more difficult cases.

| Falls to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  |  | ✓ |

**Comments:**

Mr. Rosenbaum conducts large numbers of plea negotiations with close attention to office policies, the need for consistency in plea offers and the goal of case advancement always in mind. He does an excellent job of balancing the benefits of cooperation with evaluation of defendant's truthfulness and use for advancing a case. He is able to juggle numerous overlapping investigations while considering appropriate pleas. However, if a plea breaks down, Mr. Rosenbaum is always willing to try the case. His work in this area has greatly advanced the offices OCDETF investigations.

DOJ0012

Form USA-260
Rev. 10/95

| 6. Performance Element: | CONTRIBUTES TO ORGANIZATIONAL EFFECTIVENESS |
|---|---|

**Substantially Exceeds Expectations:** In addition to meeting the standards at the "Meets to Exceeds Expectations," performance is characterized as follows:

1. Keeps current on any changes in office/DOJ policies and procedures.
2. Decisions, recommendations, and actions reflect exploration of viable options. Exhibits creativity in proposing innovative
   solutions.
3. Sets an example of integrity to co-workers, maintains a sense of objectivity and fairness in discharging his or her duties,
   and avoids appearance of indiscretion.
4. Develops an internal system to assure that all relevant parties are advised of pending actions.
5. Consistently displays diplomatic ability in avoiding or resolving conflicts with or between other persons.

**Meets to Exceeds Expectations:**

1. Is familiar with office/DOJ policies and procedures; decisions, recommendations, and actions reflect compliance with those
   policies and procedures. Generally conforms his or her conduct to standards of ethical and professional conduct as required
   by applicable laws, DOJ regulations, and District procedures and requirements.
2. Accepts assignments of special responsibilities, following instructions and completing projects efficiently and professionally. Adjusts to changes in assignments, tight deadlines, and other work pressures. Coordinates with supervisor
   or United States Attorney when questions arise. Relates positively to public, federal, state and local law enforcement agencies to complete assignment.
3. Performs duties in a manner that reflects initiative, good judgment, dependability, and integrity in order to promote the
   efficiency, productivity, and mission of the District.
4. Is available to, and maintains effective working relationships with, superiors and co-workers, as well as with other federal
   agencies and state and local law enforcement agencies. Dealings are generally conducted in a diplomatic, cooperative,
   candid, and timely manner.

**Rating Level (check one):** Note: a concise narrative summary documenting the basis for the Rating Level is *required* when the Performance Standards have not been defined, above. Otherwise, additional documentation is optional.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  | X |  |

**Comments:** On a number of occasions during the rating period Mr. Rosenbaum was late reporting to work. While he is a very hard worker, he needs to make an effort to avoid this problem in the future.

DOJ0013

## PROGRAM RESPONSIBILITIES

1. Ensures the accurate and timely submission, update, and correction of attorney resource management forms (e.g. USA-5 and USA-5A) and case management information independently.
2. Makes timely evaluations of requests; transmits Freedom of Information (FOIA) complaints immediately upon service of process to the program office responsible for processing the requested files; coordinates cases with client office responsible for making initial FOIA determinations; and conducts appropriate litigation review of FOIA cases in accordance with current relevant DOJ policy.
3. Identifies and coordinates with victims and witnesses in compliance with Attorney General guidelines for victims/witness assistance, 1995. When appropriate, establishes a complete record of the elements of the crime in the cases of financial losses to victims so that a subsequent civil suit to recover the losses of the victims can be litigated successfully with a minimum of additional proof. Timely and effectively introduces evidence of financial losses to the victims in economic crime cases. Also, consistently introduces evidence of the disposition of the financial gain of the defendant wherever appropriate.
4. Effectively coordinates with the financial litigation attorney, the forfeiture attorney, and other components of the criminal
   justice system to improve the enforcement of the criminal fines, restitution, forfeitures or other criminal monetary impositions.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
| | X | |

**Comments:**

Mr. Rosenbaum does an excellent job of paying attention to OCDETF issues and policies. As promised, he has started getting his USA-5 hours in on time.

DOJ0014

Form USA-260
Rev. 10/95

# EXHIBIT 13

**U.S. DEPARTMENT OF JUSTICE**

**United States Attorneys**    *AK*    **Performance Work Plan**

> **DISCLOSURE STATEMENT:** This information is personal. It must be appropriately safeguarded from improper disclosure and it should only be made available for review by appropriate management levels having a need to know.

| Mark A. Rosenbaum | | 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 |
|---|---|---|
| __New __Experienced  X Senior Assistant United States Attorney | | AD-905 |
| 1/1/00 - 12/31/00 | | **CRIMINAL DIVISION** |

| | | | | |
|---|---|---|---|---|
| 1 | Conducts Legal Research and Writing | | | |
| 2 | Identifies, Develops and Structures Investigations | | | |
| 3 | Presents Cases in Court | | | |
| 4 | Conducts Plea Negotiations | | | |
| 5 | Program Responsibilities | | | |

CC MAR
4/25/00

DOJ0015

Form USA-265

**Part E. FINAL Rating of Performance Elements**

| | Critical Performance Element<br>(additional elements may be added on extra sheets) | Fully Met Expectation | More Nearly Met Expectation | Substantially Exceeds Expectation |
|---|---|---|---|---|
| 1 | Conducts Legal Research and Writing | | | X |
| 2 | Identifies, Develops and Structures Investigations | | | X |
| 3 | Presents Cases in Court | | | X |
| 4 | Conducts Plea Negotiations | | | X |
| 5 | Program Responsibilities | | X | |

**Part F. OVERALL Rating (check one)**

| Unacceptable | Meets or Exceeds Expectation | Substantially Exceeds Expectations |
|---|---|---|
| | | X |

**Part G. FINAL Appraisal Record Review and Approval**

| | | X | |
|---|---|---|---|
| Rating Official's Signature & Date | Reviewing Official's Signature | Date | Employee's Signature | Date |
| _[signature]_ 4/5/01 | _[signature]_ | 4/6/01 | _[signature]_ | 4/5/01 |

DOJ0016

## Performance Appraisal Record Information

### Part A  Employee Information

Rating periods are shown below.  The rating period officially begins when the Performance Work Plan (PWP) is issued.

| January 1 to December 31<br>April 1 to March 31<br>July 1 to June 30<br>November 1 to October 31 | Non-Supervisory, Non-Senior Litigation Counsel (SLC) Assistant United States Attorneys (AUSAs)<br>Non-Attorneys<br>General Schedule Attorneys<br>Supervisory AUSAs/SLC AUSAs |
|---|---|

### Part B  Development, Discussion and Approval of the Performance Work Plan

1. THE RATING OFFICIAL develops PWP at the beginning of each appraisal period by identifying *critical* performance elements and performance standards.  Non-critical performance elements may not be used. · Participation of the employee in developing the PWP is optional, but strongly encouraged.

2. THE REVIEWING OFFICIAL reviews the PWP to ensure the elements and standards are sufficient to fulfill management expectations, organizational goals and objectives, and that PWPs within the organizational unit generally are consistent.

3. THE EMPLOYEE acknowledges receipt and understanding of the PWP.

### Part C  Progress Review

At least one formal progress review must be conducted, normally at the mid-point of the rating cycle, to assess the extent to which elements and standards of the PWP remain appropriate, and to discuss progress toward meeting performance goals.  Progress reviews will be documented by the signatures of the Rating Official and the Employee on the Performance Appraisal Record (PAR).

### Part D  Rating of Performance Elements

THE RATING OFFICIAL completes the appraisal record by assigning tentative performance element rating levels for each performance element and recording these determinations on the PWP and the PAR.  Each element will be rated at one of three levels:

| Fails to Meet Expectations | Performance is below established element standards and is seriously deficient in terms of quality, quantity, timeliness of work, or manner of performance.  Performance at this level *requires* that administrative action be taken, and results in an overall rating of Unacceptable. |
|---|---|
| Meets to Exceeds Expectations | At least, performance meets or exceeds established standards criteria. |
| Substantially Exceeds Expectations | Performance clearly demonstrates a level of achievement which exceeds to an exceptional degree established element standards.  Performance at this level normally is deserving of special recognition. |

### Part E  Overall Rating Level

THE RATING OFFICIAL assigns the Overall Rating Level based on the following:

| Unacceptable | Performance on any performance element fails to meet established standards, i.e., is rated at the "Fails to Meets to Exceeds Expectations" level.  Administrative action must be taken based on a rating at the Unacceptable level.  Contact your personnel office for assistance. |
|---|---|
| Meets to Exceeds Expectations | Performance elements are rated at least at the Meets to Exceeds Expectations level, and less than a majority of elements (50% or less) are rated at the Substantially Exceeds Expectations level. |
| Substantially Exceeds Expectations | Performance elements are rated at the Substantially Exceeds Expectations level on a majority of elements (more than 50%). |

DOJ0017

Form USA-265
Rev. 10/95

| |
|---|
| **THE RATING OFFICIAL** assigns tentative performance element rating levels and overall rating level, and signs the PAR. Upon approval of the Reviewing Official, the Rating Official provides the approved PAR to the employee and discusses the evaluation. |
| **THE REVIEWING OFFICIAL** approves or adjusts the Rating Official's tentative ratings, and signs the PAR. |
| **THE EMPLOYEE** signs the PAR indicating that the rating was issued and discussed. The signature does not constitute agreement with the rating assigned, nor forfeit any rights to grieve the rating. |

**U.S. DEPARTMENT OF JUSTICE**
United States Attorneys

**Performance Work Plan**

**DISCLOSURE STATEMENT:** This information is personal. It must be appropriately safeguarded from improper disclosure and it should only be made available for review by appropriate management levels having a need to know.

| | | | |
|---|---|---|---|
| | Mark A. Rosenbaum | | 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 |
| | __New __Experienced  X Senior Assistant United States Attorney | | **AD-905** |
| | 1/1/00 - 12/31/00 | | **CRIMINAL DIVISION** |

**New:** less than 3 years litigative experience; or first rating period after Intra/Inter-office move, or first two rating periods for new hire.
**Experienced:** 3-6 years litigative experience in specialty area, e.g., civil, criminal or appellate, or less than Senior range.
**Senior:** 7+ years litigative experience, or more than 7 rating periods.

### CONDUCTS LEGAL RESEARCH AND WRITING

1. Identifies and resolves relevant legal and factual issues and states the same with precision and clarity.
2. Locates relevant constitutional, statutory, case and regulatory authority applicable to each issue, and supports briefs, memoranda and other written work with appropriate legal authorities.
3. Organizes and edits briefs, motions, memoranda and other written work in compliance with Court, Department of Justice and U.S. Attorney's Office rules and procedures.
4. Briefs, motions, memoranda and other written work are filed with the court within established deadlines, and when necessary, are submitted for supervisory review by established deadlines.

**In addition:** A NEW AUSA must meet at least one; an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Develops written work products that are particularly effective and persuasive in view of case complexity.
2. Research and analysis show substantial creativity and skill that results in strategically advantageous positions for the United States.
3. Cites the best legal authorities in support of written arguments.
4. Serves as a mentor and/or assists others in legal research and writing.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
| | | X |

**Comments:** Mr. Rosenbaum does a very thorough job of research and writing. He keeps up to date on all of the applicable precedents and brings important new developments to the attention of other attorneys. His work is very persuasive and clear and is commonly relied on by others, especially in the suppression and sentencing guide. During this rating period, Mr. Rosenbaum has been much better at submitting briefs for review in a timely manner.

DOJ0019

Form USA-760

## IDENTIFIES, DEVELOPS AND STRUCTURES INVESTIGATIONS

1. Determines and resolves pertinent threshold issues relating to jurisdictional and policy guideline limitations for prosecution.
2. Conducts and directs investigations. Ensures investigations are complete and accomplished within established deadlines. Effectively utilizes resources of the U.S. Attorney's Office, other agencies, outside expert witnesses, and consultants..
3. Use of the grand jury is procedurally correct, well organized, timely, complete, and efficient..
4. Prosecutive theories, including relevant sentencing factors, are sound and persuasive, given the law and facts available, and investigative and charging documents are carefully drawn.
5. Identifies situations in which supervisory and/or other input will benefit investigation and seeks such input.
6. Identifies and coordinates with witnesses and victims in compliance with DOJ policies.
7. Fosters confidence and cooperation by demonstrating an appreciation of proper professional relationships between the attorney, court personnel, the opposition bar, agencies, the public and fellow employees.
8. Demonstrates an awareness of the needs of agencies and factors that into case decision making.
9. Evaluates the assets and resources of individual defendants, determining defendant(s) financial condition during the investigation and other proceedings, and coordinates with the financial litigation attorney and the forfeiture attorney.
10. Exercises sound judgement in identifying cases suitable for parallel civil proceedings. When appropriate, provides timely notification to civil attorneys and promotes the successful conclusion of civil proceedings by closely and effectively coordinating case information and overall legal strategy.

**In addition:** A NEW AUSA must meet at least one, an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Handles assignments involving substantively complex investigation issues and/or multi-agency participation, and resolves these matters in a manner which is most advantageous to the United States.
2. Demonstrates flexibility and creativity in guiding and resolving investigations.
3. Effectively handles more investigations (quantitatively).
4. Assists others in identifying, developing, and structuring investigations.
5. Provides technical leadership to others in making particularly effective use of parallel civil proceedings. In this regard, applies especially innovative and imaginative legal approaches to especially difficult and complex cases.

| Falls to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  |  | X |

Comments:  Mr. Rosenbaum does an excellent job of developing and leading multi-defendant OCDETF investigations. He is outstanding at obtaining convictions from everyone involved in a drug organization. He obtains cooperation where useful, but is always willing to go to trial where an appropriate plea offer is rejected. Mr. Rosenbaum is highly praised by the agencies with whom he works for his organization and trial preparation.

DOJ0020

Form USA-260

**PRESENTS CASES IN COURT**

1. Consistently prepares witnesses carefully.
2. Articulates (heard and understood) assertively and persuasively.
3. Displays appropriate professional courtroom presence and demeanor.
4. Effectively organizes and presents evidence in pre-trial hearings, trials, sentencing, and related proceedings without unduly imposing on staff and court resources.
5. Effectively conducts cross-examination of witnesses.
6. Demonstrates complete familiarity with rules of procedure and evidence during all proceedings and is able to advance argument as needed.
7. Is thoroughly familiar with the case facts and applicable legal precedents, and presents the government's case in a logical manner consistent with legal theory.
8. Demonstrates effective coordination with other agencies by providing necessary information (i.e. referrals, copies of pleadings, motions, or other pertinent documents) in a timely manner.
9. When appropriate, introduces evidence into cases where there are financial losses to victims which fully identifies the losses of the victims and the disposition of the financial gain of the defendant to facilitate the discovery and recovery of such assets and provides a specific basis upon which the court may determine the losses to the victims so that the amounts of restitution may be established at the defendant's sentencing.
10. When appropriate, establishes a complete record of the elements of the crime in the cases of financial losses to victims so that a subsequent civil suit to recover the losses of the victims can be litigated successfully with a minimum of additional proof.
11. Communicates with the courts in a timely manner.

**In addition:** A NEW AUSA must meet at least one, an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Demonstrates a creative and convincing style in case presentation.
2. Independently organizes complex cases.
3. Assists others in the development of complex presentations and provides mentoring and/or formal training to other AUSAS.
4. Effectively argues significantly more complex cases.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  |  | X |

**Comments:** Mr. Rosenbaum is a superb trial attorney. The agents with whom he works contstantly praise his organization, trial preparation and especially, his witness preparation. He is efficient and concise whil covering all issues. Mr. Rosenbaum works out witness and evidence problems before they appear in court. He puts together and presents highly complex drug investigations with great attention to detail and this preparation work is well reflected in his results.

DOJ0021

Form USA-250
Rev. 10/95

## CONDUCTS PLEA NEGOTIATIONS

Performance is characterized by compliance with applicable policies, rules and procedures of the office, the Department of Justice, the Sentencing Guidelines and the Court in performing all of the following:

1. Makes charging decisions that have a positive direct or indirect impact on subsequent plea negotiations.
2. Conducts timely negotiations after consultation with the U.S. Attorney's office.
3. Writes plea agreements in clear terms and in accordance with office and Departmental guidelines, endeavoring to assure that plea agreements and sentences are enforceable and contain resolution of sentencing guideline issues.
4. Timely advises defense counsel of the government's position after the agency has been consulted.
5. Determines which plea negotiations need review by immediate supervisors per office guidelines and seeks such review.
6. Enters into plea agreements that result in the cooperation of defendants as cases permit.
7. Recommends a reasonable fine based on the defendant's ability to pay, ensuring that any information on the defendant's assets is forwarded to the collection attorney.
8. Takes measures that increase the likelihood that the special assessments are paid at sentencing.
9. Considers relevant statutory provisions for victim restitution.

**In addition:** A NEW AUSA must meet at least one; an EXPERIENCED AUSA must meet at least two; and a SENIOR AUSA must meet at least three of the following:

1. Coordinates with the financial litigation attorney, the forfeiture attorney, and other components of the criminal justice system to improve the enforcement of the criminal fines, restitution, forfeitures or other criminal monetary impositions.
2. Displays intuitive insight into the strengths and weaknesses of the positions of opposing party.
3. Demonstrates a seasoned understanding of, and facility with, the factual and legal variables involved in complex negotiations.
4. Assists other attorneys in the development of sentencing options and the application of sentencing guidelines, including restitution.
5. Utilizes knowledge of sentencing guidelines and recent appellate opinions to resolve the more difficult cases.

| Fails to Meet Expectations | Meets to Exceeds Expectations | Substantially Exceeds Expectations |
|---|---|---|
|  |  | X |

**Comments:**   Mr. Rosenbaum conducts large numbers of plea negotiations with close attention to office policies, the need for consistency in plea offers and the goal of case advancement always in mind.  He does an excellent job of balancing the benefits of cooperation with evaluation of defendant's truthfulness and use for advancing a case. He is able to juggle numerous overlapping investigations while considering appropriate pleas.  However, if a plea breaks down, Mr. Rosenbaum is always willing to try the case. His work in this area has greatly advanced the office's OCDETF investigations.

DOJ0022

| | **PROGRAM RESPONSIBILITIES** |
|---|---|

1. Ensures the accurate and timely submission, update, and correction of attorney resource management forms (e.g. USA-5 and USA-5A) and case management information independently.
2. Makes timely evaluations of requests; transmits Freedom of Information (FOIA) complaints immediately upon service of process to the program office responsible for processing the requested files; coordinates cases with client office responsible for making initial FOIA determinations; and conducts appropriate litigation review of FOIA cases in accordance with current relevant DOJ policy.
3. Identifies and coordinates with victims and witnesses in compliance with Attorney General guidelines for victims/witness assistance, 1995. When appropriate, establishes a complete record of the elements of the crime in the cases of financial losses to victims so that a subsequent civil suit to recover the losses of the victims can be litigated successfully with a minimum of additional proof. Timely and effectively introduces evidence of financial losses to the victims in economic crime cases. Also, consistently introduces evidence of the disposition of the financial gain of the defendant wherever appropriate.
4. Effectively coordinates with the financial litigation attorney, the forfeiture attorney, and other components of the criminal justice system to improve the enforcement of the criminal fines, restitution, forfeitures or other criminal monetary impositions.

| **Fails to Meet Expectations** | **Meets to Exceeds Expectations** | **Substantially Exceeds Expectations** |
|---|---|---|
| | X | |

**Comments:** Mr. Rosenbaum does an excellent job of paying attention to OCDETF issues and policies. However, over the last rating period he constantly fell behind in filling out his USA-5s, creating problems for the office staff. He has promised to correct it this rating period and it is expected that this will not be a problem again. While he attentively covers all court hearings, he does need to pay attention to office hours and arrive timely.

DOJ0023

Form USA-260
Rev. 18/95