SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-cv-144 RJB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | **AFFIDAVIT OF COUNSEL** |
| M. SMITH, STEVE SKROCKI, TIM ) | **IN SUPPORT OF MEMORANDUM** |
| BLEICHER, and JOHN DOE I, ) | **OF POINTS AND AUTHORITIES** |
| ) | **SUPPORTING AMENDED MOTION** |
| Defendants. ) | **FOR EVIDENTIARY HEARING** |
| _____ ) | |
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

SAMUEL J. FORTIER, being first duly sworn upon oath, deposes and states as follows:

1.  I am the attorney with the law firm of Fortier & Mikko, P.C., attorneys for the Plaintiff herein, Mark Rosenbaum in the above matter. All statements made herein are based upon my own personal knowledge.

2.  I am attaching as Exhibits 1 through 11 a set of photographs depicting the following:

A. Exhibit 1 is a true, accurate and complete copy of a certificate of appreciation issued to Mark Rosenbaum, AUSA from the United States Secret Service dated 2003;

B. Exhibit 2 is a true, accurate and complete copy of a certificate of appreciation presented to Mark A. Rosenbaum, AUSA from the United States Treasury Department in appreciation of his work;

C. Exhibit 3 is a true, accurate and complete copy of a plaque of appreciation presented by the Internal Revenue Service to AUSA Rosenbaum in appreciation for his services from 1984 to 2004;

D. Exhibit 4 is a true, accurate and complete copy of a certificate of appreciation from the United States Bureau of Alcohol, Tobacco and Firearms presented to AUSA Rosenbaum for his work from April of 1984 through October 2004;

E. Exhibit 5 is a true, accurate and complete copy of a certificate of appreciation presented to AUSA Rosenbaum for his 20 years of dedicated service from his friends at the U.S. Attorney's Office in 2004;

F. Exhibit 6 is a true, accurate and complete copy of a certificate of appreciation presented by the Drug Enforcement Division to AUSA Mark Rosenbaum for outstanding contributions in the field of drug law enforcement;

G. Exhibit 7 is a true, accurate and complete copy of a certificate of appreciation from the Organized Crime Drug Enforcement Task Force for the Pacific Region presented to AUSA Rosenbaum in 2003;

H.      Exhibit 8 is a true, accurate and complete copy of a trophy of appreciation presented to AUSA Mark Rosenbaum by the Anchorage Police Department, Drug Enforcement Unit for his outstanding efforts in drug interdiction in the state of Alaska from April 1984 to 2004;

I.      Exhibit 9 is a true, accurate and complete copy of a plaque presented to AUSA Rosenbaum from the Federal Bureau of Investigation, Anchorage Division, in recognition and appreciation of his work in prosecuting federal crimes in Alaska between April 1984 and October 2004;

J.      Exhibit 10 is a true, accurate and complete copy of a certificate emblazoned in a gold pan presented to Mark Rosenbaum, AUSA in recognition of his dedication and support in the area of drug law enforcement in Alaska from the Drug Enforcement Administration, Anchorage District Office presented in 2004;

K.      Exhibit 11 is a true, accurate and complete copy of a flask presented to AUSA Rosenbaum in recognition and appreciation of his outstanding contribution for the City of Anchorage, presented by the Metro Drug Unit.

3.      I attaching as Exhibit 12 hereto, a true, complete and accurate copy of AUSA Rosenbaum's Performance Work Evaluation for 2001.

4.      I attaching as Exhibit 13 hereto, a true, complete and accurate copy of AUSA Rosenbaum's Performance Work Evaluation for 2000.

5.      I attaching as Exhibit 14 hereto, a true, complete and accurate copy of AUSA Rosenbaum's Performance Work Evaluation for 1999

6. I attaching as Exhibit 15 hereto, a true, complete and accurate copy of AUSA Rosenbaum's Performance Work Evaluation for 1998.

7. I attaching as Exhibit 16 hereto, a true, complete and accurate copy of AUSA Rosenbaum's Performance Work Evaluation for 1996.

8. No employment evaluations of Mr. Rosenbaum were received from Defendants prior to 1996 and subsequent to 2001, nor for the 1997 calendar year.

9. Exhibit 17 is a true and accurate copy of the U.S. Attorneys response to a Request for Production.

10. Exhibit 18 is a true and accurate copy of the U.S. Attorneys response to a Request for Production.

11. Exhibit 19 is a true and accurate copy of the U.S. Attorneys response to a Request for Production.

12. Exhibit 20 is a true and accurate copy of the U.S. Attorneys response to a Request for Production.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

SUBSCRIBED AND SWORN to before me this 5th day of January 2006.

/s/ Carol A. Borge
Notary Public in and for the State of Alaska
My commission expires: 4/17/2007

**CERTIFICATE OF SERVICE**
I hereby certify that on January 5, 2006,
a true and accurate copy of the foregoing
was served electronically on:

Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA  98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

Affidavit of Counsel                     5
Case No. 3:06-cv-144-RJB
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*