JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>        Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Doe I,<br><br>        Defendants. | Case No. 3:06-cv-00144-RJB<br><br>JOINT STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS |

## JOINT STIPULATION

    At the Court's request and in order to clear up any confusion about the briefing schedule for the currently pending motions in this action, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST that the Court impose the following deadlines and clarifications:

- There are three motions currently pending on the Court's calendar: plaintiff's amended motion for remand, plaintiff's amended motion for an evidentiary hearing, and defendants' motion to amend the caption and substitute the United States as defendant. Any other motions that were previously filed and have not already been stricken from the Court's calendar can now be stricken.

- Plaintiff filed his amended motion for an evidentiary hearing and amended motion for remand on Friday, January 5, 2007. Defendants filed their motion to amend the caption and substitute the United States on June 13, 2006. Plaintiff filed an opposition to defendants' motion to amend the caption and substitute the United States on July 14, 2006 (Dkt. No. 13). Defendants deadline for the filing of a memorandum of points and authorities in opposition to plaintiff's amended motion for an evidentiary hearing, in opposition to plaintiff's amended motion for remand, and in support of their motion to amend caption and substitute the United States shall be **Friday, January 19, 2007.** Plaintiff's deadline to file reply briefs in support of his amended motion for an evidentiary hearing and amended motion for remand, as well as for any further opposition to defendants' motion to amend caption and substitute the United States, shall be **Friday, January 26, 2007.**

- Plaintiff's amended motion for an evidentiary hearing, plaintiff's amended motion for remand, and defendants' motion to amend caption and substitute the United States shall be ready for consideration on **Monday, January 28, 2007.**

//
//

DATED this 10th day of January, 2007.

| | |
|---|---|
| JOHN McKAY<br>United States Attorney<br>Western District of Washington | FORTIER & MIKKO, P.C.<br>Attorneys for Plaintiff |
| /s/ Rebecca S. Cohen<br>Special Assistant U.S. Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Phone: (206) 553-6526<br>Fax: (206) 553-4073<br>E-mail: rebecca.cohen@usdoj.gov<br>Wash. State Bar No. 31767 | /s/ Samuel J. Fortier<br>101 West Benson Blvd., Suite 304<br>Anchorage, Alaska 99503<br>Phone: (907) 277-4222<br>Fax: (907) 277-4221<br>Email: fortmikk@ak.net<br>Ak Bar No. 8211115 |

## **ORDER**

The parties having so stipulated and agreed, the deadlines set forth above are **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record via the CM/ECF system.

DATED this 17th day of January, 2007.

*/s/ Robert J. Bryan*

Robert J. Bryan
United States District Judge

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB                    3

JOHN McKAY
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
Special Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Wash. State Bar No. 31767


FORTIER & MIKKO, P.C.
Attorneys for Plaintiff

/s/ Samuel J. Fortier
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
Ak Bar No. 8211115