JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>    Defendants. | Case No. 3:06-cv-00144-RJB<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S AMENDED MOTION FOR EVIDENTIARY HEARING; DENYING PLAINTIFF'S AMENDED MOTION FOR REMAND; AND GRANTING DEFENDANTS' MOTION TO AMEND CAPTION AND SUBSTITUTE UNITED STATES AS DEFENDANT<br><br>*Clerk's Action Required* |

This matter came before the Court on the plaintiff's Amended Motion for Remand, plaintiff's Amended Motion for Evidentiary Hearing, and Defendants' Motion to Amend Caption and Substitute United States as Defendant. Having read and considered the pleadings filed by the parties with respect to all three motions, the Court finds itself fully advised and hereby ORDERS:

   1. The plaintiff's Amended Motion for Remand is DENIED.

2. The plaintiff's Amended Motion for Evidentiary Hearing is DENIED.

3. Defendants' Motion to Amend Caption and Substitute United States as Defendant is GRANTED.

4. The United States is hereby substituted as the sole defendant in this action in place of the individually named defendants. The case caption shall be amended accordingly.

DATED _____, 2007.

_____
The Honorable Robert J. Bryan
United States District Court Judge

Presented by:

JOHN McKAY
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
REBECCA S. COHEN, WSBA #31767
Special Assistant United States Attorney
District of Alaska
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
rebecca.cohen@usdoj.gov