JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF TIMOTHY BLEICHER** |

I, Timothy Bleicher, hereby declare as follows:

1. I am a Supervisory Officer and the Area Commander for the Northern Area of Region 10 of the Federal Protective Services ("FPS"). I have been in this position and employed by FPS for approximately four years, and am based at the U.S. Courthouse and Federal Building in Anchorage, Alaska. The position entails providing security and law enforcement services for tenant agencies of the building. In addition, I am responsible for

supervising other FPS Officers in the Area. I make this declaration on personal knowledge.

2. A true and correct copy of my job description is attached hereto as Exhibit A.

3. On May 10, 2004, I met with Steve Skrocki from the U.S. Attorney's Office for the District of Alaska. The U.S. Attorney's Office is a tenant at the U.S. Courthouse and Federal Building in Anchorage. At this time, Mr. Skrocki requested that FPS provide two officers to escort an employee from the building on May 12, 2004. Due to FPS' duty to provide security and law enforcement services to tenant agencies, I agreed to provide the requested escort services. I met with Mr. Skrocki again on May 11 and May 12, 2004, to confirm the plan.

4. Although I had not performed similar escort services for the U.S. Attorney's Office in the past, I had provided such services for other federal agencies that are tenants in the U.S. Courthouse and Federal Building in Anchorage.

5. In May of 2004 my supervisor was Don Bowman, who at that time was the Northern District Director for the Region. Mr. Bowman is now the Regional Director of Region 10 of FPS. I was not required to report to Mr. Bowman each time I (or employees I supervised) escorted an individual from the building at the request of a tenant agency, nor was I required to request permission each time I did so, as it was part of my regular job duties.

6. Along with FPS Officer Travis Just, I reported to the U.S. Attorney's Office around 5:10 p.m. on May 12, 2004, in order to implement the plan discussed above. Officer Just was acting under my direction and supervision.

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB           2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9__ day of January, 2007, at Anchorage, Alaska.

_____
Timothy Bleicher

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, a copy of the foregoing Declaration of Timothy Bleicher was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu