JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF DON BOWMAN** |

I, Don Bowman, hereby declare as follows:

1. I am the Regional Director of Region 10 of the Federal Protective Services ("FPS"). Region 10 encompasses the states of Washington, Oregon, Idaho, and Alaska. I have been Regional Director of Region 10 since early 2006, and have been working for FPS since 2003. I make this declaration on personal knowledge.

2. In May of 2004 I was the Northern District Director for Region 10. In this

capacity I was responsible for supervising Supervisory FPS Officer and Area Commander Timothy Bleicher.

3. FPS Officers provide security and law enforcement services to tenant agencies in the federal buildings in which they serve. Part of their general job duties and responsibilities includes proving escort services for tenant agencies, at the request of the tenant agency. Such services are included in the basic security services for which tenant agencies contract with FPS. Escort services are sometimes requested by a tenant agency when the agency has imposed discipline on an employee (or terminated the employee), and the agency wishes the employee to be escorted from the Office. Officer Bleicher is not required to report to his supervisor every time he (or employees he supervises) escorts an individual from the building at the request of a tenant agency, nor is he required to request permission each time he does so, as it is part of his regular job duties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of January, 2007.

_____
Don Bowman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, a copy of the foregoing Declaration of Don Bowman was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu                             s