JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF TIMOTHY BURGESS** |

I, Timothy M. Burgess, hereby declare as follows:

1. Since early-2006 I have been a United States District Court Judge for the District of Alaska, based in Anchorage. Prior to my appointment to the federal bench, I was the U.S. Attorney for the District of Alaska beginning in October of 2001. I also worked as an Assistant United States Attorney in the District of Alaska for approximately twelve years. I make this declaration on personal knowledge.

2. In or around May of 2004, after consultation with supervisors in the U.S. Attorney's Office and attorneys in the Office of General Counsel at the Executive Office for U.S. Attorney's ("EOUSA"), I made the decision to place plaintiff on home duty effective May 12, 2004. After this decision was made, First Assistant Deborah Smith and I directed District Office Security Manager Steven Skrocki to consult with the Assistant Director for the Security Programs Staff at EOUSA, Tommie Barnes, about what security measures, if any, should be taken with respect to the placement of plaintiff on home duty.

3. After DOSM Skrocki consulted with Mr. Barnes, and based on the results of the consultation and recommendations made by Mr. Barnes, I decided that after being notified about the home duty, plaintiff should be escorted from the building (and to his office to retrieve personal possessions) by FPS officers. Based on the recommendations of Mr. Barnes, I also decided to deactivate plaintiff's access to the Office and to obtain his pass card, DOJ credential, building pass, and vehicle sticker. First Assistant Smith and I directed DOSM Skrocki to communicate with FPS Officers and to implement these instructions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2007, at Anchorage, Alaska.

Timothy M. Burgess

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, a copy of the foregoing Declaration of Timothy Burgess was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu