JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF STEVEN E. SKROCKI** |

I, Steven Skrocki, hereby declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Criminal Division of the United States Attorney's Office for the District of Alaska. I have been an AUSA since 1991. I make this declaration on personal knowledge.

2. Since 1992 I have also been the District Office Security Manager ("DOSM") for the District of Alaska, which means that I am the principal security official for the District

and advise the U.S. Attorney and First Assistant on all security matters. In addition, as DOSM I provide security program support in the following manner:

- Coordinating the actions of all personnel assigned security functions (i.e., Administrative Officer, Personnel Officer, Systems Manager, Communications Security Representative, Safety Coordinator, Security Specialist, etc.).
- Analyzing the overall security posture of the district office and recommending all necessary security systems, equipment, and services to reduce vulnerabilities and risks.
- Implementing and locally overseeing the Physical, Information, Personnel, Computer, and Communications Security programs, as well as the Security Education and Awareness, Loss Prevention, and Safety and Health programs in accordance with current policy.
- Developing the District Office Security Plan and all contingency and emergency plans.
- Preparing and submitting Security Incident Reports.

3. In May of 2004, I was asked by First Assistant Smith and U.S. Attorney Burgess to consult with the Assistant Director for the Security Programs Staff at EOUSA, Tommie Barnes, about what security measures, if any, should be taken with respect to the placement of plaintiff on home duty.

4. I spoke with Mr. Barnes by telephone on May 10, 2004. During our conversations, we discussed what office and personnel security measures would be required for the plaintiff after being notified about his placement on home duty. In that regard, Mr. Barnes advised me that plaintiff should be escorted from the building (and to his office to retrieve personal possessions) by FPS officers. Mr. Barnes also told me that we could deactivate plaintiff's access to the Office and to obtain his pass card, DOJ credential, building pass, and vehicle sticker. After these telephone conversations, U.S.

Attorney Burgess and First Assistant Smith directed me to communicate with FPS Officers and to implement these directions. I was told that plaintiff would be notified of his placement on home duty on May 12, 2004 at the close of business. Based on my conversations with Mr. Barnes, a decision was made to schedule the meeting for the end of the day in order to minimize any embarrassment to plaintiff.

5. I met with Supervisory FPS Officer Tim Bleicher on May 10, 2004. At this time, I requested that FPS provide two officers to escort an employee from the building on May 12, 2004. Officer Bleicher agreed to provide the requested escort services. I met with Officer Bleicher again on May 11 and May 12, 2004, to confirm the plan consistent Mr. Barnes instructions and to insure minimal embarrassment to the plaintiff. The plan was put into place the afternoon of May 12, 2004 after the plaintiff's meeting with U.S. Attorney Burgess and First Assistant Smith had concluded.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9TH day of January, 2007, at Anchorage, Alaska.

_____
Steven Skrocki

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB                    3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, a copy of the foregoing Declaration of Steven Skrocki was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu

Rosenbaum v. Burgess, et al.
Case No. 3:06-cv-00144-RJB            4