JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>Defendants. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF DEBORAH SMITH** |

I, Deborah Smith, hereby declare as follows:

1. As of the date of this declaration, I am the First Assistant United States Attorney at the U.S. Attorney's Office for the District of Alaska. I have been in this position since March 17, 2002-January 23, 2006 and August 23, 2006-present. My last day in this position will be December 6, 2006. I have been appointed to serve as an United States Magistrate Judge in the District of Alaska and am scheduled to start this new position in

February of 2007. I make this declaration on personal knowledge.

2. Between January 2006 and August 23, 2006, I was the Acting U.S. Attorney for the District fo Alaska. As noted, beginning in 2002 and prior to becoming Acting U.S. Attorney, I was the First Assistant. I also worked in the U.S. Attorney's Office for the District of Alaska between 1982 and 1987, both as the Chief Assistant U.S. Attorney and as an Assistant United States Attorney. Between 1987 and 2002, I worked in several positions at the Department of Justice in Washington, D.C., most recently as the Deputy Chief and Assistant Chief, Environmental Crimes Section, Environmental and Natural Resources Division. I also worked as Director of the New England Bank Fraud Task Force, part of the Fraud Section in the DOJ's Criminal Division, and as a Senior Litigation Counsel and Trial Attorney in the Fraud Section.

3. As the First Assistant at the U.S. Attorney's Office in Anchorage, l am the second in charge of the Office and report directly to the U.S. Attorney. In this position I am responsible for the monitoring of the work and behavior of Assistant United States Attorneys in the Office. The position of First Assistant also entails consulting with and advising other supervisors on policies, procedures, and personnel matters. In 2005, I received an award from the Director of the Executive Office of United States Attorneys for Superior Management.

4. As the First Assistant, the District Office Security Manager ("DOSM") reports directly to me with respect to his duties and responsibilities as the DOSM. Thus, the position of First Assistant encompasses responsibility for security-related matters that pertain to the Office.

5. In May of 2004, I was the First Assistant and Timothy Burgess, now a United States District Court judge, was the U.S. Attorney for the District of Alaska. Assistant United States Attorney Steven Skrocki was the DOSM for the District of Alaska. At the time, plaintiff Mark Rosenbaum was an Assistant United States Attorney in the District of

Alaska.

    6. In or around May of 2004, United States Attorney Burgess, after consultation with supervisors in the Office and attorneys in the Office of General Counsel at the Executive Office for U.S. Attorney's ("EOUSA"), made the decision to place plaintiff on home duty effective May 12, 2004. After this decision was made, U.S. Attorney Burgess and I directed DOSM Skrocki to consult with the Assistant Director for the Security Programs Staff at EOUSA, Tommie Barnes, about what security measures, if any, should be taken with respect to the placement of plaintiff on home duty.

    7. DOSM Skrocki advised me that Mr. Barnes gave specific instructions on how to proceed. We were told that after being notified about the home duty, plaintiff should be escorted from the building (and to his office to retrieve personal possessions) by FPS officers. Mr. Barnes also told DOSM Skrocki to deactivate plaintiff's access to the Office and to obtain his pass card, DOJ credential, building pass, and vehicle sticker. I consulted with an attorney in the DOJ Office of General Counsel and discussed this directive from Mr. Barnes. U.S. Attorney Burgess and I directed DOSM Skrocki to seek assistance from FPS Officers and to implement the directions provided by Mr. Barnes.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 24th day of November, 2006, at Anchorage, Alaska.

                                                                           _/s/ Deborah Smith_
                                                                           Deborah Smith

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, a copy of the foregoing Declaration of Deborah Smith was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu