# Exhibit A

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

FMI2000

1. **Agency Position No.** FM1000

2. **Reason for Submission**: [ ] Redescription  [X] New  [ ] Reestablishment  [ ] Other
   Explanation *(Show any positions replaced)*

3. **Service**: [X] Hdqtrs.  [X] Field

4. **Employing Office Location**: Various

5. **Duty Station**: Various

6. **OPM Certification No.**

7. **Fair Labor Standards Act**: [X] Exempt  [ ] Nonexempt

8. **Financial Statements Required**: [ ] Executive Personnel Financial Disclosure  [ ] Employment and Financial Interests

9. **Subject to 1A Action**: [X] Yes  [ ] No

10. **Position Status**: [X] Competitive  [ ] Excepted *(Specify in Remarks)*  [ ] SES (Gen.)  [ ] SES (CR)

11. **Position is**: [X] Supervisory  [ ] Managerial  [ ] Neither

12. **Sensitivity**: [ ] 1-Non-Sensitive  [ ] 3-Critical Sensitive  [X] 2-Noncritical Sensitive  [ ] 4-Special Sensitive

13. **Competitive Level Code**

14. **Agency Use**

15. **Classified/Graded by** | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date
--- | --- | --- | --- | --- | --- | ---
a. U.S. Office of Personnel Management | | | | | |
b. Department, Agency or Establishment | Supervisory Physical Security Specialist (LESO) | GS | 080 | 13 | |
c. Second Level Review | | | | | |
d. First Level Review | | | | | |
e. Recommended by Supervisor or Initiating Office | | | | | |

16. **Organizational Title of Position** *(if different from official title)*: Security Manager

17. **Name of Employee** *(if vacant, specify)*

18. **Department, Agency, or Establishment**: GENERAL SERVICES ADMINISTRATION

a. **First Subdivision**: Public Buildings Service / Building Transportation Security

b. **Second Subdivision**: Federal Protective Service Division / Immigration and Customs Enforcement

c. **Third Subdivision**: Federal Protective Service

d. **Fourth Subdivision**:

e. **Fifth Subdivision**:

19. **Employee Review** - This is an accurate description of the major duties and responsibilities of my position.
    Signature of Employee *(optional)*

20. **Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statement may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
   Signature                                Date

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*
   RICHARD Y. YAMAMOTO
   (Acting) Assistant Commissioner
   Signature [signed]                       Date 5/19/00

21. **Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with most applicable published standards.

a. Typed Name and Title of Official Taking Action
   KENNETH C. HOLECKO
   Director, Office of Human Resources
   Signature [signed]                       Date 6/1/01

22. Position Classification Standards Used in Classifying/Grading Position
   OPM PCS for Security Administration Series, GS-0080, TS-82, Dec 1987, GSSG HRCD-5 June 1998

   *Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.*

23. **Position** | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date
--- | --- | --- | --- | --- | --- | --- | --- | --- | --- | ---
a. Employee *(optional)* | | | | | | | | | |
b. Supervisor | | | | | | | | | |
c. Classifier | | | | | | | | | |

24. **Remarks**
    PUBLIC TRUST LEVEL DESIGNATION: Moderate
    Revised 2/14/05

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265   Previous Edition Usable   5008-106   OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

```
title:  Supervisory Physical Security Specialist (LESO)
pplan:  GS
series:  0080
grade:  13
PD:  FM1200
pstatus:  Competitive Service (1)
supstatus:  Supervisor or Manager (2)
FPL:  GS-13
IA:  Yes
comlevel:
flsa:  Exempt
drugtest:  Position requires drug test (D)
psensitivity:  Non Critical Sensitive (5)
finstmt:
ptindi:  Level 5 - Moderate Risk (5)
occupcat:  Administrative (A)
classby:  Kenneth Holecko
on:  06/01/2001
```

(pen-and-ink changes to account for parenthetical titling change, 2/03).
-BP

Supervisory Physical Security Specialist (LESO)
(Area Security Manager)
GS-080-13

Position serves as a Supervisory Law Enforcement and Security Officer (Security Manager) for a combined group of Law Enforcement and Security Officers (LESOs), Physical Security Specialists and a subordinate uniformed police force assigned to a designated District, with responsibility for the planning, operation and leadership of assigned security and enforcement activities. In this regard, serves as primary advisor to the District Director regarding physical security, crime prevention and law enforcement operations for an assigned geographic area. The District Director defines program goals and is available for advice on issues requiring changes to regional policy, the use of additional resources, or significant departures from existing operating procedures. Within these parameters, performs duties with considerable independence on a recurring basis, in conformance with the supervisor's oral and written instructions, technical manuals, standard operating procedures and agency guidelines.

MAJOR DUTIES

As a supervisory Law Enforcement and Security Officer (Physical Security
Specialist) for an assigned District, serves as an advisor to the District
Director in the management of the LESO/physical security staff and all

uniformed police personnel in matters affecting related electronic security, crime prevention and enforcement operations. Keeps the supervisor informed of program status, potentially controversial matters
or developing security situations with possible far-reaching implications. Independently plans, schedules, coordinates and monitors

the operational effectiveness of the staff based upon general guidelines
issued by the supervisor, providing leadership and technical direction to
assigned subordinates and in administering guard service and security systems installation and maintenance services performed under contract.

In this capacity, performs the following duties:

Monitors the effectiveness of assigned personnel in the delivery of services and develops, recommends and implements necessary program changes
to meet Federal Protective Service goals and objectives. Conducts ongoing
analysis to integrate and coordinate physical and electronic security operations with other related FPS programs (e.g., law enforcement and criminal investigations, emergency preparedness plans, and client relations and satisfaction with services provided). As a senior representative for FPSD on physical security and enforcement matters, serves on Building Security Committee(s) and interacts extensively with tenant representatives to ameliorate previously unresolved conflicts among
tenants. Provides technical expertise and/or alternative recommendations
in highly sensitive and/or controversial situations.

Personally and/or through subordinates, performs security assessments for
the most complex and/or high risk buildings assigned to the inventory. Prioritizes, coordinates, and monitors the performance of physical security and pre-lease surveys, crime prevention program and assessment activities and occupant emergency plan reviews assigned to physical security specialists. Conducts technical quality reviews of security surveys prior to submission to the supervisor. Reviews physical security
surveys, cost summary documents and crime prevention assessments for accuracy and implications beyond the immediate building group, recommending procedural changes or other corrective actions as required.
Manages the scheduling and performance of childcare facility security surveys, with particular emphasis on applicable state and federal laws governing the operation of such facilities; consults with the regional DHS
Child Care Program Coordinator as required.

Coordinates and conducts inspections of work sites for fulfillment of guard service and security installation and maintenance contracts; verifies post orders and reviews security systems installation and maintenance performed under contract to ensure that all protection specifications are met. Monitors the annual Occupant Emergency Plan evaluation for all assigned facilities, ensuring that plans are current,
accurate and complete. Schedules, conducts and monitors crime prevention
and tenant awareness programs, soliciting client agency response and feedback as appropriate.

Maintains liaison with local, state and Federal security officials and with various Property Managers and/or their designated staff to ensure effective coordination of physical security issues in Federally-owned and
leased space, including the integration, installation, maintenance and tenant agency awareness of differing electronic security systems and specifications. As required, visits field and/or building locations within the assigned geographic area to personally evaluate physical security requirements.

Interacts with local, state and Federal law enforcement officials to ensure an effective exchange of accurate crime data and related information, and to plan and coordinate activities related to physical security programs. Analyzes District crime data to isolate trends or security problems identified through the survey process and initiates or
directs appropriate corrective actions.

Plans the work of subordinate uniformed supervisors and officers to meet
protection/security schedules and deadlines for regular and priority situations, determines areas of assignment, and makes changes in the organization of police work to achieve efficient and economical protection/security operations established by the District Director. Supervises and reviews follow-up investigations conducted by subordinates;
reviews written reports on overall District investigative efforts. Initiates and supervises line inspections, reviews incident/offense reports and other data to ascertan problems in accuracy, adequacy and adherence to established procedures and takes corrective action as necessary.

On a recurring basis, performs duties as a law enforcement official under
Title 40 of the United States Code, Section 1315, authorized to carry firearms and make arrests. Performs law enforcement work in the protection of life, property and the rights of individual citizens; enforces and assures compliance with statutes, laws, DHS building rules and regulations, and protects the civil rights of all persons on Federal
property under the charge and control of DHS. As Security Manager, also
provides technical advice and guidance to subordinates in meeting protection/security schedules and deadlines for regular and priority law
enforcement situations; ensures that protection/security contingency plans
are adequate and participates in line inspections. Reviews follow-up investigations conducted by subordinates in their capacity as law enforcement officials; reviews investigative and incident reports and other data to ensure accuracy, adequacy and adherence to established procedures.

Preserves the peace, prevents crimes, arrests offenders and provides police assistance during emergency and/or life threatening situations. Works with the U. S. Marshals Service and other appropriate Federal, State

and local law enforcement agencies on special detail, Federal court trials
and in response to potentially violent or threatening demonstrations.

Performs other duties as assigned.

SUPERVISORY RESPONSIBILITIES

Supervises a group of subordinate Law Enforcement and Security Officers,
Physical Security Specialists and uniformed police personnel assigned to
the District, ranging in grade from GS-12 through GS-6.  In this capacity,
exercises all, or substantially all of the following responsibilities:

--Plans work to be accomplished by subordinates, sets and adjusts
short-term priorities and prepares schedules for completion of work;

--assigns work based on priorities, selective consideration of the
difficulty and requirements of assignments and the capabilities of
employees;

--evaluates work performance of subordinates and completes performance
appraisals for employees directly supervised;

--gives advice, counsel or instruction to employees on both work and
administrative matters;

--interviews candidates for positions in the work group; recommends
appointment, promotion or reassignment to such positions;

--hears and resolves complaints from employees, referring group grievances
and more serious, unresolved complaints to the District Director and/or
the Deputy Division Director;

--effects minor disciplinary measures, such as warnings and reprimands,
recommending other action in more serious cases;

--identifies developmental and training needs of employees, providing or
arranging for needed development and training;

--finds ways to improve production or increase the quality of the work
directed; and

--develops performance standards and prepares or revises position
descriptions, for higher-level approval where required.

The base level of work supervised is GS-12.

Position is determined to be Moderate Risk, Level 5C based on the
requirement to enter secured areas and/or review secure information in
connection with physical security surveys and law enforcement activities,
and per ADM P 9732.1C.

CONDITIONS OF EMPLOYMENT

Position is subject to periodic and random drug-testing, based on the requirement to obtain and maintain 1315 authority. Must obtain and maintain a Secret clearance and successfully pass the requisite background
investigation.

The employee must successfully complete the designated medical testing requirements; required training, and other in-service requirements and weapons qualification for the enforcement of police powers as conferred under 1315 authority, including the FPS Leadership Academy and requisite
test.

Must complete additional FPS established training and external leadership
courses for this position; must qualify semi-annually (or as current policy dictates) in the use of firearms; and must be available for recurring travel. Must maintain a valid driver's license in the state of
residence.

Employees hired after June 1, 2001 must certify availability for geographic relocation/reassignment under the terms of a formal agency **mobility agreement.**