JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY A. BURGESS; DEBORAH M. SMITH; STEVE SKROCKI; TIM BLEICHER; and John Does I,<br><br>    Defendants. | Case No. 3:06-cv-00144-RJB<br><br>DEFENDANTS' NOTICE OF NEW AUTHORITY WITH RESPECT TO PLAINTIFF'S AMENDED MOTION FOR REMAND |

On January 19, 2007, defendants filed a memorandum of points and authorities in opposition to plaintiff's Amended Motion to Remand. At the time, there was a split in the Circuits with respect to whether a District Court can remand a case such as this to state court if the Court has determined that the individual defendants were not acting within the scope of their employment. As explained in defendants' memorandum, the majority of circuits have held that remand to state court under these circumstances is not

appropriate.  *See* Defendants' Memorandum, at 15-17 (Dkt. No. 51).  Although

defendants believe this question is moot because they were acting within the scope of

their employment, they respectfully submit this Notice to alert the Court that the Supreme

Court has now definitely answered the question.  On January 22, 2007, the Supreme

Court agreed with the majority of circuits to have addressed this issue and held as

follows:

> [W]e hold that the Attorney General's
> certification is conclusive for the purposes of
> removal; *i.e.*, once certification and removal are
> effectuated, exclusive competence to adjudicate
> the case resides in the federal court, and that
> court may not remand the suit to the state court.

 *Osborn v. Haley*, __ U.S. __, at page 3 (U.S. Supreme Court Case No. 05-593) (slip

opinion January 22, 2007).


        Respectfully submitted this 22nd day of January, 2007.


                                    JOHN McKAY
                                    United States Attorney
                                    Western District of Washington

                                    /s/ Rebecca S. Cohen
                                    Rebecca S. Cohen, WSBA #31767
                                    Special Assistant U.S. Attorney
                                    District of Alaska
                                    700 Stewart Street, Suite 5220
                                    Seattle, WA 98101
                                    Phone: (206) 553-6526
                                    Fax: (206) 553-4073
                                    E-mail: rebecca.cohen@usdoj.gov
                                    Attorney for the Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2007,
a copy of the foregoing Notice of New
Authority was served electronically
on Samuel J. Fortier.

/s/ Jing Y. Xu