SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY A. BURGESS, DEBORAH ) <br> M. SMITH, STEVE SKROCKI, TIM ) <br> BLEICHER, and JOHN DOE I, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:06-00144-RRB <br><br><br><br> **REQUEST FOR ORAL ARGUMENT** <br> (Alaska Local Rule 7.2(a)) |

COMES NOW Mark Rosenbaum, through counsel, and hereby requests oral argument on his Motion for Evidentiary Hearing.

Pursuant to Local Rule 7.2(a) of the District Court of Alaska, a request for oral argument must be filed within three days following the last paper, or the time for filing has elapsed. The last paper on the Motion for Evidentiary Hearing was filed on January 25, and, therefore, under the Local Rule, as read strictly, this request is two days late. Alternatively, however, the Government's opposition to which response was made, also renewed an argument for amendment of the caption. Mr. Rosenbaum responded to that motion in his Reply Brief. Thus, the Government has an additional reply with respect to

the papers filed on Mr. Rosenbaum's renewed Motion for Evidentiary Hearing, which response would be due today.

Alternatively, good cause exists, pursuant to AK L.R. 7.2(a)(4). Local Rule 7.2(a)(4) provides that the showing of good cause is addressed to the discretion of the Court. Here, the good cause is that Mr. Rosenbaum believed that a timely request could be made following the Government's final paper, and, therefore, this request is not untimely.

Alternatively, should the Court determine that the request is untimely, the Court should nonetheless grant the Request for Oral Argument in view of the significant issues raised by the parties to this case. The fact that Mr. Rosenbaum did not move upon the submittal of his Reply Brief lie solely with the inadvertent oversight of counsel, who reasonably believed that the Government's reply would constitute the final paper to be filed with regard to the motion. To the extent that counsel erred, that error was inadvertent, and a Request for Oral Argument is not for the purposes of delay.

RESPECTFULLY SUBMITTED this 2nd day of February 2007, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

Request for Oral Argument        Page 3 of 3
*Rosenbaum v. Burgess, et. al.,* Case No. 3:06-00144-RRB