SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>                    Plaintiff,<br><br>v.<br><br>TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I,<br><br>                    Defendants. | ) Case No. 3:06-cv-00144-RRB<br>)<br>)<br>)<br>)<br>) [PROPOSED] ORDER GRANTING<br>) AMENDED MOTION FOR<br>) EVIDENTIARY HEARING<br>)<br>) |

This matter having come before the Court on Plaintiff's Amended Motion for Evidentiary Hearing, and the Court being apprised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Amended Motion for Evidentiary Hearing is GRANTED. A hearing shall be held on the ___ day of _____, 2007, in Courtroom ___ of the Federal Courthouse in Seattle, Washington..

DATED: _____          _____
                                                                              The Honorable Robert J. Bryan
                                                                              United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221