SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY A. BURGESS, DEBORAH ) <br> M. SMITH, STEVE SKROCKI, TIM ) <br> BLEICHER, and JOHN DOE I, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-00144-RRB <br><br> **OPPOSITION TO MOTION** <br> **FOR SUBSTITUTION** <br> **AT DOCKET 51** |

Because Mr. Rosenbaum has carried his burden and has established that the defendants' detention of Mr. Rosenbaum was unlawful[1], and not in the scope of their employment, the Court should deny the Government's motion to substitute the United States.[2]

---

[1] See Reply to Government's Opposition to Plaintiff's Amended Motion for Evidentiary Hearing, incorporated herein by reference, Clerk's Docket ___.

[2] See *Arthur v United States*, 45 F. 3d 292, 296 (9th Cir. 1995).

RESPECTFULLY SUBMITTED this 7th day of February 2007, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/s/ Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304 ANCHORAGE, ALASKA 99503 TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221