SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, | ) |
| | ) Case No. 3:06-00144-RRB |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TIMOTHY A. BURGESS, DEBORAH M. SMITH, STEVE SKROCKI, TIM BLEICHER, and JOHN DOE I, | ) **[PROPOSED] ORDER DENYING MOTION FOR SUBSTITUTION** |
| | ) |
| Defendants. | ) |

This matter having come before the Court on Defendants' Motion to Substitute the United States as Defendant, and the Court having considered the premises;

IT IS HEREBY ORDERED that Defendants' is DENIED.

DATED: _____

_____
The Honorable Robert J. Bryan
United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221