SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | Case No. 3:06-00144-RRB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | **[PROPOSED] ORDER GRANTING** |
| BLEICHER, and JOHN DOE I, ) | **REQUEST FOR ORAL ARGUMENT** |
| ) | |
| Defendants. ) | |

This matter having come before the Court on Mr. Rosenbaum's Request for Oral Argument, and the Court being satisfied in the premises;

IT IS HEREBY ORDERED that Mr. Rosenbaum's Request for Oral Argument is GRANTED and oral argument shall be held on the ___ day of _____, 2007, in Courtroom ____ of the Federal Courthouse in Seattle, Washington..

DATED: _____        _____
                                The Honorable Robert J. Bryan
                                United States Senior District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007, a true and accurate copy of the foregoing was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4421