JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 3:06-cv-00144-RJB<br><br>**UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Noting Date Governed by Local Rule 7.1(i)[1] |

　　　　COMES NOW the defendant, the United States of America, by an through its attorneys, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Special Assistant United States Attorney for the

---

[1] Pursuant to Rule 7.1(i) of the Local Rules for the United States District Court for the District of Alaska, the Motion "will be treated as submitted and ripe for decision" after (1) the time for filing opposition (15 days from service of the motion) has elapsed and no opposition has been filed; (2) opposition has been filed, the reply filed or the time for filing a reply (5 days from service of the opposition) has elapsed, and no request for oral argument or an evidentiary hearing has been filed within the time allowed; (3) opposition has been filed, the reply filed or the time for filing a reply (5 days from service of the opposition) has elapsed, and request for oral argument or evidentiary hearing has been made and denied; or (4) at the conclusion of oral argument or a hearing if one has been granted.

District of Alaska, and respectfully moves the Court for an order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. This Motion is supported by the Memorandum of Points and Authorities and the Declaration of Mary Jo Touhey ("Touhey Decl.") submitted herewith.

Respectfully submitted this 21st day of March, 2007.

JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
Rebecca S. Cohen, WSBA #31767
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007,
a copy of the foregoing Motion was
served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu