JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM, | Case No. 3:06-cv-00144-RJB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

     This matter came before the Court on the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction.  The Court having read and considered the United States' Motion, the Plaintiff's Opposition, and any documents filed in reply, the Court finds itself fully advised and hereby ORDERS:

     1.  The United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby GRANTED.

     2.  This action is hereby DISMISSED without prejudice and without an award of costs or fees to either party.

DATED _____, 2007.


_____
The Honorable Robert J. Bryan



Presented by:


JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington



 /s/ Rebecca S. Cohen_____
REBECCA S. COHEN, WSBA #31767
Special Assistant United States Attorney
District of Alaska
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
rebecca.cohen@usdoj.gov