JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK ROSENBAUM,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 3:06-cv-00144-RJB<br><br>**DECLARATION OF MARY JO TOUHEY** |

I, Mary Jo Touhey, hereby declare as follows:

1. I am a Trial Attorney in the Torts Branch of the Civil Division, Department of Justice, in Washington, D.C. I make this declaration on personal knowledge.

2. I am the attorney assigned to handle the administrative tort claim filed by Plaintiff Mark Rosenbaum with the Department of Justice. A true and accurate copy of the tort claim is attached hereto as Exhibit A. The Department of Justice received the claim, which remains pending, on May 12, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2007, at Washington, D.C.

*Mary Jo Touhey*

Mary Jo Touhey

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007, a copy of the foregoing Declaration of Mary Jo Touhey was served electronically on Samuel J. Fortier.

/s/ Jing Y. Xu