Samuel J. Fortier
(Name)

Fortier & Mikko, P.C.
(Law Firm)

101 W. Benson Blvd., Suite 304
(Street Address)

Anchorage, AK 99503
(City, State, Zip)

Telephone: (907) 277-4222
Facsimile: (907) 277-4221
e-mail: sfortier@fortmikk.alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM,<br><br>Plaintiff(s)<br>vs<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) | Case No. 306-cv-00144 RJB<br><br>SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

1.   **Meeting.** In accordance with FED. R. CIV. P. 26(f), a meeting was held on

April 4, 2007                and was attended by:

Samuel J. Fortier           attorney for Plaintiff, Mark Rosenbaum

Rebecca Cohen              attorney for Defendant, United States of America

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by FED. R. CIV. P. 26(a)(1):

   ☐ have been exchanged by the parties

   ☒ will be exchanged by the parties by April 30, 2007

   Proposed changes to disclosure requirements:

   As to matters relate to the unlawful imprisonment claim presently pending. Subsequent disclosures will be made 30 days following the Court's rulings on the Government's pending Motion to Dismiss and Plaintiff's Motion to Amend Pleadings, which is anticipated to be filed on or before April 9, 2007.

   Preliminary witness lists

   ☐ have been exchanged by the parties

   ☒ will be exchanged by the parties by April 30, 2007 **

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether on May 12, 2004, the United States unlawfully imprisoned Plaintiff, including, but not limited to, the facts and circumstances surrounding Plaintiff's claim of unlawful imprisonment; damages. Additional contested issues of fact may arise upon the Court's ruling with respect to the Government's pending Motion to Dismiss and Plaintiff's to be filed Motion to Amend Pleadings.

```
** Provided that Preliminary Witness Lists will be supplemented
within 30 days following the Court's orders on the Government's
Motion to Dismiss and Plaintiff's Motion to Amend Pleadings.
```

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   All discovery related Plaintiff's claim of unlawful imprisonment, occurring on May 12, 2004, when SPS Officers escorted Mr. Rosenbaum out of the Federal Building.

   B. Disclosure of discovery of electronically stored information should be handled as follows:

   1. The parties will, within their Initial Disclosures, describe, by category and location, all electronically stored information in each party's possession, custody, or control that the party may use to support its claims or defenses. Pursuant to FRCP 34(a), and subject to objection, during discovery any party may serve a request to "inspect, copy, test, or sample any designated documents or electronically stored information." The parties believe that email communications will be the primary form of electronically stored information at issue in this case and agree that emails will be produced in paper form.

   C. The parties have agreed to submit agreed upon motions to resolve discovery disputes, as may from time to time arise.

   D. All discovery commenced in time to be completed within 10 months of the Court's rulings on the motions to dismiss and amend. ("discovery close date").

   E. XX Limitations on Discovery.

   1. Interrogatories

      ☒ No change from FED. R. CIV. P. 33(a)

      ☐ Maximum of ___ by each party to any other party.

      Responses due in ___ days.

   2. Requests for Admissions.

      ☒ No change from FED. R. CIV. P. 36(a).

      ☐ Maximum of ___ requests.

      Responses due in ___ days.

SCHEDULING & PLANNING CONFERENCE REPORT       3

)

        3.   Depositions.

            ☒ No change from FED. R. CIV. P. 36(a), (d).

            ☐ Maximum of ___ depositions by each party.

            Depositions not to exceed ___ hours unless agreed to by all parties.

F. ~~D.~~   Reports from retained experts.

      ☒ Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

      ☐ Reports due:

From plaintiff                From defendant

G. ~~E.~~   Supplementation of disclosures and discovery responses are to be made:

      ☒ Periodically at 60-day intervals from the entry of scheduling and planning order.

      ☐ As new information is acquired, but not later than 60 days before the close of discovery.

H. ~~F.~~   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

      ☒ 45 days prior to the close of discovery.

      ☐ Not later than

5.   **Pretrial Motions.**

    ☒ No change from D.AK. LR 16.1(c).

The following changes to D.AK. LR 16.1(c). [Check and complete all that apply]

☐ Motions to amend pleadings or add parties to be filed not later than ___ .

☐ Motions under the discovery rules must be filed not later than

☐ Motions in limine and dispositive motions must be filed not later than

6. **Other Provisions:**

   A. ☒ The parties do not request a conference with the court before the entry of the scheduling order.

   ☐ The parties request a scheduling conference with the court on the following issue(s):

   B. Alternative Dispute Resolution. [D.AK. LR 16.2]

   ☒ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ☐ The parties will file a request for alternative dispute resolution not later than              .

   ☐ Mediation    ☐ Early Neutral Evaluation

   C. The parties  ☐ do  ☒ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

   ☐ All parties have complied    ☒ Compliance not required by any party

SCHEDULING & PLANNING CONFERENCE REPORT        5

7. **Trial.**

    A. The matter will be ready for trial:

        ☒ 45 days after the discovery close date.

        ☐ not later than

    B. This matter is expected to take 3 **days to try.

    C. Jury Demanded ☒ Yes ☐ No

        Right to jury trial disputed? ☒ Yes ☐ No

Dated: April 4, 2007

_____
(Signature of Attorney)
Samuel J. Fortier  Alaska 03__
(Typed Name of Attorney) 8211115
Fortier & Mikko, P.C.
(Law Firm)
Attorney For: Plaintiff

_____
(Signature of Attorney)
Rebecca Cohen
(Typed Name of Attorney)
Assistant U.S. Attorney
(Law Firm)
Attorney For: United States of America

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)
Attorney For:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)
Attorney For:

** with respect to the unlawful imprisonment claims, However, the parties agree that a different time schedule will be required based upon the Court's ruling on the pending Motion to Dismiss and on Plaintiff's Motion to Amend.

SCHEDULING & PLANNING CONFERENCE REPORT    6