SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-cv-00144-RRB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | |
| BLEICHER, and JOHN DOE I, ) | **MOTION TO CONTINUE** |
| ) | |
| Defendants. ) | |
| _____ ) | |

COMES NOW, Mark Rosenbaum, through counsel, and hereby moves this Court for an order continuing the due date for Plaintiff's response to the Defendant's Motion to Dismiss. The grounds for this motion are that:

1. My home flooded this weekend, and I have been unable to address other matters, due to the pressing nature of the damages.

2. This office and the building it was in suffered a power outage this morning that had corrupted many of our files, rendered our scanning equipment inoperable and, presently also impacted our internet capabilities.

3. Between floods and power outages, we are also submitting final documents for a trial that is scheduled in the Superior Court, including exhibit lists, jury instructions, motions *in limine*, and responsive pleadings.

4. Given the limited resources my office has, the lack of sleep of undersigned counsel, and the fact that the office is already pressed into utilizing third-party systems for normal office tasks, it is simply impossible to timely file Plaintiff's Opposition today.

5. Counsel therefore requests the court to grant a continuance of one week, until April 16, 2007. It is anticipated that the Opposition will be filed well before that date.

RESPECTFULLY SUBMITTED this 9th day of April, 2007, at Anchorage, Alaska.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

**CERTIFICATE OF SERVICE**
I hereby certify that on April 9, 2007,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier