SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-00144-RRB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | |
| M. SMITH, STEVE SKROCKI, TIM ) | **[PROPOSED] ORDER ON** |
| BLEICHER, and JOHN DOE I, ) | **MOTION FOR CONTINUANCE** |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER, having come before the court on Plaintiff's counsel's Motion for an Order Granting a Continuance until April 16, 2007, in which to file a responsive pleading to the Government's Motion to Dismiss, and the court being advised in the premises, and good cause existing;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's response to Defendant's Motion to Dismiss, presently due on April 9, 2007, shall be filed on or before April 16, 2007.

DATED: _____

_____
The Honorable Robert J. Bryan
United States Senior District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on April 9, 2007,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221