SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>TIMOTHY A. BURGESS, DEBORAH )<br>M. SMITH, STEVE SKROCKI, TIM )<br>BLEICHER, and JOHN DOE I, )<br>)<br>        Defendants. )<br>_____ ) | Case No. 3:06-00144-RRB<br><br>**ORDER ON**<br>**MOTION FOR CONTINUANCE** |

THIS MATTER, having come before the court on Plaintiff's counsel's Motion for an Order Granting a Continuance until April 16, 2007, in which to file a responsive pleading to the Government's Motion to Dismiss, and the court being advised in the premises, and good cause existing;

IT IS HEREBY ORDERED that Plaintiff's Motion (Dkt. 73) is GRANTED. Plaintiff's response to Defendant's Motion to Dismiss (Dkt. 69), presently due on April 9, 2007, shall be filed on or before April 16, 2007. Defendant may file a reply by April 23, 2007. The Motion to Dismiss shall be ready for consideration on April 24, 2007.

DATED this 10th day of April, 2007.

*[signature: Robert J. Bryan]*
ROBERT J. BRYAN
United States District Judge