SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-cv-144 RJB |
| v. ) | |
| ) | |
| TIMOTHY A. BURGESS, DEBORAH ) | **AFFIDAVIT OF COUNSEL** |
| M. SMITH, STEVE SKROCKI, TIM ) | **IN SUPPORT OF OPPOSITION** |
| BLEICHER, and JOHN DOE I, ) | **TO MOTION TO DISMISS** |
| ) | |
| Defendants. ) | |
| _____ ) | |
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

SAMUEL J. FORTIER, being first duly sworn upon oath, deposes and states as follows:

1. I am the attorney with the law firm of Fortier & Mikko, P.C., attorneys for the Plaintiff herein, Mark Rosenbaum in the above matter. All statements made herein are based upon my own personal knowledge.

2. I am attaching as Exhibit 1 a true and accurate copy of Form 95-109 (Claim for Damage, Injury, or Death) with attachments.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SAMUEL J. FORTIER
Attorney for Plaintiff

/ s /Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone No: (907) 277-4222
Facsimile: (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No. 8211115

SUBSCRIBED AND SWORN to before me this 16th day of April 2007.

/s/ Carol A. Borge
Notary Public in and for the State of Alaska
My commission expires: 4/17/2007

**CERTIFICATE OF SERVICE**
I hereby certify that on April 16th, 2007,
a true and accurate copy of the foregoing
was served electronically on:

Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

Affidavit of Counsel                     2
Case No. 3:06-cv-144-RJB
*Mark A. Rosenbaum v. Timothy A. Burgess, et. al.*