SAMUEL J. FORTIER
FORTIER & MIKKO, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
Email: sfortier@fortmikk.alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK A. ROSENBAUM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY A. BURGESS, DEBORAH ) <br> M. SMITH, STEVE SKROCKI, TIM ) <br> BLEICHER, and JOHN DOE I, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-00144-RRB <br><br> [PROPOSED] ORDER ON <br> MOTION TO DISMISS |

This matter, having come before the Court on the Government's Motion to Dismiss, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. That the Government's motion is DENIED; or

2. The Government's Motion to Dismiss for lack of subject matter jurisdiction is GRANTED. However, Plaintiff timely filed his State Superior Court action for false imprisonment within two years following that act, making the claim timely. Therefore,

Plaintiff's claims are deemed to be timely presented, under 28 U.S.C. § 2401, to the appropriate Federal agency if filed within 60 days after the date of this order.

DATED: _____

                                            The Honorable Robert J. Bryan
                                            United States Senior District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on April 9, 2007,
a true and accurate copy of the foregoing
was served electronically on:

Rebecca S. Cohen
Special Assistant Attorney General
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101

/ s / Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

Order on Motion to Dismiss
*Rosenbaum v. Burgess, et. al.*, Case No. 3:06-00144-RRB

Page 2 of 2