

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARK A. ROSENBAUM,
    Plaintiff,

v.

                   Case Number 3:06-cv-00144-RJB

UNITED STATES OF AMERICA,
    Defendant.             **JUDGMENT IN A CIVIL CASE**

__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt 69) is **GRANTED**. This case is **DISMISSED**.

APPROVED;   REDACTED SIGNATURE

ROBERT J. BRYAN
United States District Judge

Date: 22 May '07

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      IDA ROMACK
                                      Ida Romack, Clerk of Court

[306cv144RJB Proposed Civil Judgment.wpd](JMT2.WPT*Rev.3/03)

*Stamp: RECEIVED MAY 23 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*